JOHN WALSHE MURRAY (074823)
JENNY L. FOUNTAIN (226241)
LAURENT CHEN (191661)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: jlfountain@murraylaw.com
Email: lchen@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re: | )<br>) |
| **PASADERA COUNTRY CLUB, LLC**<br>A California Limited Liability Company | )<br>) Case No. 09-50771-CN<br>) |
| Debtor. | ) Chapter 11<br>) |
| 100 Pasadera Drive<br>Monterey, CA 93940 | )<br>)<br>) |
| Employer Tax I.D. No.: 77-0498396 | )<br>)<br>) |

### EXHIBIT "A"

### PART 2 OF 2

### TO

### DEBTOR'S PLAN OF LIQUIDATION
### (DATED JULY 20, 2010)

EXHIBIT C

**ASSUMED CONTRACTS**

(Subject to Section 1.1.6)

**(See attached)**

Case: 09-50771    Doc# 249-2    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 2 of 34

## SCHEDULE OF ADDITIONAL PAYOFF AMOUNTS

1. Funds sufficient to pay trade creditors 60% of amounts owed: $225,386;

2. Sufficient funds to pay real estate taxes ($276,516) and other taxes;

4. Sufficient funds to pay the following chapter 11 expenses of administration:

   Estimated Professional Fees:

   (a)     Murray & Murray: $325,000 (Pre-confirmation)

   (b)     Farella, Braun + Martel: $138,000

   (c)     Financial Leadership Group: $27,048

   (d)     Hayashi & Wyland: $19,988

   (e)     Wendel Rosen: $65,525

Case: 09-50771   Doc# 249-2   Filed: 07/20/10   Entered: 07/20/10 12:47:42   Page 3 of 34

EXHIBIT D-2

**OPERATING BUDGET**

(SEE ATTACHED)

Case: 09-50771     Doc# 249-2     Filed: 07/20/10     Entered: 07/20/10 12:47:42     Page 4 of 34

91 - Pasadena Country Club, LLC
2010 Budget Updated With Actuals, Updated budget as of 6/14/10-ed]
Actuals Thru 6/31/10

| CASHFLOW | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income From Operations** | | | | | | | | | | | | | | |
| Membership Revenue | B,I | 219,246 | 160,290 | 154,120 | 161,280 | 159,592 | 159,135 | 161,735 | 163,335 | 154,935 | 158,835 | 158,135 | 158,135 | 1,947,352 |
| Food & Beverage Revenue | | 78,334 | 65,073 | 63,829 | 78,318 | 68,655 | 63,850 | 77,300 | 97,300 | 137,100 | 183,600 | 82,100 | 119,000 | 1,104,158 |
| Golf, Pool & Tennis Revenue | | 13,455 | 25,454 | 21,513 | 28,153 | 18,221 | 45,205 | 45,730 | 49,530 | 36,740 | 74,990 | 37,265 | 42,890 | 437,234 |
| General & Administrative Revenue | | 4,397 | 4,195 | 3,243 | 9,461 | 4,920 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 34,936 |
| Total Income | | 315,431 | 255,012 | 242,705 | 273,232 | 249,197 | 306,190 | 275,965 | 301,465 | 329,976 | 396,331 | 258,681 | 321,225 | 3,523,410 |
| | | | | | | | | | | | | | | |
| **Expenses & Cost of Goods Sold** | | | | | | | | | | | | | | |
| Cost of Goods Sold | | 33,983 | 28,285 | 28,783 | 33,064 | 25,982 | 40,938 | 34,195 | 43,309 | 49,246 | 82,653 | 28,801 | 61,878 | 461,922 |
| Payroll | | 115,977 | 192,059 | 227,065 | 152,456 | 187,928 | 179,105 | 173,259 | 172,235 | 171,968 | 240,241 | 169,181 | 159,898 | 2,191,391 |
| Facilities Maintenance & Repair | | 55,819 | 55,127 | 79,591 | 111,774 | 60,411 | 60,411 | 66,249 | 131,705 | 96,563 | 80,425 | 88,454 | 82,365 | 1,100,300 |
| Legal & Professional Fees | F | 9,833 | 8,096 | 33,783 | 93,709 | 69,371 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 242,846 |
| Property Taxes | G | 23,122 | 23,122 | 23,122 | 23,123 | 34,748 | 23,122 | 23,122 | 23,122 | 23,122 | 23,122 | 23,122 | 23,122 | 289,091 |
| Operating Expenses | | 30,966 | 29,149 | 29,215 | 33,509 | 36,621 | 37,937 | 29,632 | 35,001 | 30,456 | 82,653 | 28,600 | 30,665 | 401,809 |
| Chapter 11 Disbursement Fee | | 6,500 | | | | | | 6,500 | | | 5,500 | | | 18,500 |
| Management Fee | | | | | | | | | | | | | | |
| Interest | | | | | | | | | | | | | | |
| Depreciation | J | | | | | | | | | | | | | |
| Total Expense | | 312,227 | 331,648 | 422,899 | 458,035 | 384,850 | 371,591 | 366,844 | 407,434 | 374,193 | 479,594 | 343,158 | 362,027 | 4,816,740 |
| | | | | | | | | | | | | | | |
| Net Profit/Loss ACCRUAL BASIS(pre depr & Rabo interest) | | 3,184 | (76,636) | (180,193) | (184,804) | (135,653) | (86,401) | (92,878) | (105,969) | (44,226) | (83,262) | (84,507) | (40,802) | (1,093,330) |
| | | | | | | | | | | | | | | |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | | | | | | | | | | | | | |
| Inventory Adjustment | | | | | | | | | | | | | | |
| Bad Debt | | | | | | | | | | | | | | |
| Payroll accrual | | | | | | | | | | | | | | |
| W/Comp Payment | | | | | | | | | | | | | | |
| Depreciation and amortization expense | | | | | | | | | | | | | | |
| Property Tax Accrual | G | 23,122 | 23,122 | 23,122 | 23,123 | 34,748 | 23,122 | 23,122 | 23,122 | 23,122 | 23,122 | 23,122 | 23,122 | 289,091 |
| Property Taxes Paid | D | | | | | | | | | | | | | |
| (Inc)/Dec in accounts receivable | E | 150,387 | 6,527 | 9,572 | (33,380) | 15,704 | 900 | | | | | | | 159,029 |
| (Inc)/Dec in Inventory | | (1,415) | 251 | (2,412) | 3,180 | 3,386 | | | | | | | | 2,968 |
| (Inc)/Dec in fixed assets | | | | | | (5,812) | | | | | | | | (5,812) |
| (Inc)/Dec in deposits | | | | 22,633 | | | | | | | | | | 22,633 |
| Inc/(Dec) in accrued legal fees | C | 5,929 | (6,033) | 32,733 | 60,108 | 63,853 | | | | | | | | 153,730 |
| Inc/(Dec) in accounts payable | A | 24,088 | (22,791) | 1,043 | 7,239 | (470) | | | | | | | | (640) |
| Inc/(Dec) in National dues | B | (69,600) | (13,320) | (900) | (900) | (900) | (900) | | | | | | | (78,020) |
| Inc/(Dec) in Accrued payroll, taxes and Workers Comp | H | (52,711) | (4,843) | 55,635 | (73,360) | (3,032) | | | | | | | | (74,991) |
| Business Insurance | | | | | | | | | | | | | | |
| Business Insurance Pmt Schedule | | | | | | | | | | | | | | |
| Inc/(Dec) in Rabo Bank Payable | A | | | | | | | | | | | | | |
| Related Party Interest | | | | | | | | | | | | | | |
| Cash Adjustments | | 96,000 | (28,087) | 151,148 | 12,660 | 101,515 | 23,122 | 23,122 | 23,122 | 23,122 | 23,122 | 23,122 | 23,122 | 490,788 |
| | | | | | | | | | | | | | | |
| Cash Flow before Revenue Adjustments | | 99,184 | (102,922) | (29,044) | (172,744) | (34,848) | (43,279) | (69,757) | (82,847) | (21,088) | (60,140) | (61,385) | (17,683) | (598,551) |
| | | | | | | | | | | | | | | |
| Accrual to Cash Revenue Adjustments | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Cash Flow Before Loans and DIP | | 99,184 | (102,922) | (29,044) | (172,744) | (34,848) | (43,279) | (69,757) | (82,847) | (21,088) | (60,140) | (61,385) | (17,683) | (598,551) |
| | | | | | | | | | | | | | | |
| Partner Loans and DIP | | | | | | | | | | | | | | |
| Other Financing | | | | | | | | | | | 54,495 | 21,058 | 60,141 | 61,386 | 17,680 | 214,800 |
| DIP Line of Credit-$300,000 as of 12/31/09 | | 50,000 | | 50,000 | 75,000 | 50,000 | 25,000 | | | | | | | 300,000 |
| Total Partner Loans and DIP | | 50,000 | | 50,000 | 75,000 | 50,000 | 50,000 | 54,495 | 21,058 | 60,141 | 61,386 | 17,680 | | 514,300 |
| | | | | | | | | | | | | | | |
| Beginning Cash Balance | | 81,761 | 230,945 | 128,023 | 148,979 | 51,236 | 66,388 | 73,109 | 28,352 | (0) | (1) | (0) | 0 | 81,761 |
| | | | | | | | | | | | | | | |
| Net Cash Flow | | 149,184 | (102,922) | 20,956 | (97,744) | 15,152 | 6,721 | (44,757) | (28,352) | (0) | 1 | 1 | (0) | (81,751) |
| | | | | | | | | | | | | | | |
| Ending Cash Balance | | 230,945 | 128,023 | 148,979 | 51,236 | 66,388 | 73,109 | 28,352 | (0) | (1) | (0) | 0 | 0 | |

A   Each month Rabo Bank Interest is accrued but not paid
B   National Dues recognized based on amount collected
C   Assumes NO payment of legal fees; budget does not include fees for a buyer transaction
D   Assumes NO payment of property taxes
E   Future months assume amounts recognized as revenue are 100% collected
F   Budget assumes no bankruptcy attorney fees incurred in future months
G   Property tax activity nets to zero
H   January payroll included 9 days of 2009 payroll
I   Membership dues based on the following:
    Golf           130
    Associate      18
    National Dues recognized based on amt  22
    Social          100
J   No Rabo Bank Interest is included in this schedule but is accrued for financial statement purposes

Exhibit E

## OUTLINE OF PLAN OF REORGANIZATION

### Pasadera Country Club, LLC

### June 21, 2010

1. **CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS.**

   *1.1*   County of Monterey (secured real property taxes): not impaired; will be paid in full on the effective date of the plan.

   *1.2*   Rabobank (secured): impaired; subject to Rabobank's acceptance, it will receive $1,000,000 in cash and a promissory note for $5,500,000 from the Purchaser on the effective date of the plan in full satisfaction of its liens, claims and guarantees.

   *1.3*   Subject to their acceptance, the holders of the pre-petition subordinated secured claim ($750,000) and the debtor in possession financing secured claim ($1,200,000) will receive nothing on account of their claims. This class is impaired.

   *1.4*   Priority Claims.

      1.4.1   Employee wage claims: not impaired; paid on the effective date of the plan.

      1.4.2   Vacation pay (~$74,900) will be honored by the buyer in the ordinary course of business.

   *1.5*   General Unsecured Claims – separately classify:

      1.5.1   Trade creditors (~$375,644): impaired; will be paid 60% of their claims on the effective date in full satisfaction of their claims.

      1.5.2   Golf club members: impaired. All golf club members will be offered at no cost a membership in the Purchaser's club in full satisfaction of their claims, including all claims arising from the rejection of their contracts, subject to the terms of a new membership plan and membership agreement. Should such members subsequently resign from the Purchaser's club, there will be no refund or reimbursement associated with the surrender of such membership. This membership offer will remain open for 60 days after confirmation of the plan. During this period, undecided members may use the club at a reduced greens fees rate, and may use the restaurant and other club facilities on a cash or credit card basis. Members who decline membership in the Purchaser's club will receive nothing on account of their claims.

Case: 09-50771   Doc# 249-2   Filed: 07/20/10   Entered: 07/20/10 12:47:42   Page 6 of 34

1.5.3   Ownership's pre-petition unsecured claims (~$39,956,427): impaired; will receive nothing on account of their claims.

**1.6**   Equity: impaired; will receive nothing on account of their LLC membership equity security interests in the Debtor.

**1.7**   Unclassified Claims:

1.7.1   Tax claims: will be paid on the effective date of the plan.

1.7.2   Expenses of Administration (professional fees and expenses, and all debts incurred during the Chapter 11 case but unpaid): unimpaired; will be paid on the effective date of the plan, subject to the treatment outlined below.

**1.8**   Assumption and assignment of contracts and leases: All of Debtor's executory contracts and unexpired leases other than membership agreements will be assumed by the Debtor and assigned to Purchaser on the effective date of the plan.

**1.9**   Rejection of contracts and leases:

1.9.1   Membership agreements will be rejected on the effective date of the plan and any and all claims arising by virtue of such rejection will be treated as outlined in Section 1.E.2) above.

**2.**   **MEANS OF IMPLEMENTATION OF THE PLAN:**

**2.1**   The Debtor's assets will be sold to Purchaser pursuant to Bankruptcy Code Sections 105(a), 363, including Sections 363(f), 365(m), 365 and 1123(a)(5)(D).

2.1.1   The purchase price shall be the total of the following:

(a)   $1,000,000 in cash and a promissory note for $5,500,000 to pay the discounted claim of Rabobank, subject to Rabobank's acceptance in full satisfaction of its liens, claims, encumbrances, interests and guarantees.

(b)   Sufficient funds to pay trade creditors 60% of ~$375,644 = ~$225,384.40.

(c)   Sufficient funds to pay employee wage claims due on the effective date of the plan.

(d)   Sufficient funds to pay real estate taxes ($276,516) and other taxes due on the effective date of the plan.

(e)   Sufficient funds to pay the following chapter 11 expenses of administration:

(A)   Murray & Murray: $325,000

(1)     Murray & Murray has agreed to a 10% reduction in its fees and expenses incurred and unpaid through May 31, 2010 [$261,122.63 X 10% = $26,112.26] provided that the 10% reduction is in lieu of any reduction that might otherwise occur due to an objection to its fees and expenses by the Debtor or the Purchaser, or any of their direct or indirect affiliates, who, in consideration hereof, shall waive any and all objections to such fees and expenses. This agreement will be recited in Murray & Murray's application for compensation.

(2)     Murray & Murray has also agreed to cap its fees and expenses in the case at $325,000 subject to plan confirmation being uncontested and/or minimally contested. More specifically, if confirmation is contested and Murray & Murray is required to conduct and/or engage in discovery, any fees incurred doing so will not be subject to the $325,000 cap. In addition, if confirmation is contested and the confirmation hearing continues for more than 2 days, any fees and expenses incurred after the second day will not be subject to the cap. Any fees and expenses incurred relative to an appeal of the confirmation order will also not be subject to the cap.

(B)     Farella, Braun + Martel: $138,000

(1)     Farella, Braun + Martel has agreed to cap its fees and expenses in the case at $138,000. This includes a 10% reduction of its fees and expenses incurred and unpaid through May 31, 2010, provided that the 10% reduction is in lieu of any reduction that might otherwise occur due to an objection to its fees and expenses by the Debtor or the Purchaser, or any of their direct or indirect affiliates, who, in consideration hereof, shall waive any and all objections to such fees and expenses. This agreement will be recited in Farella,

Case: 09-50771    Doc# 249-2    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 8 of 34

Braun + Martel's application for compensation.

(C)    Financial Leadership Group: $27,048

(D)    Hayashi & Wyland: $19,988

(E)    Wendel Rosen: $65,524.50

    (1)    Wendell Rosen shall agree to cap its fees and expenses in the case at $65,534.50. This includes a 10% reduction in its projected fees and expenses, provided that the 10% reduction is in lieu of any reduction that might otherwise occur due to an objection to its fees and expenses by the Debtor or the Purchaser, or any of their direct or indirect affiliates, who, in consideration hereof, shall waive any and all objections to such fees and expenses. This agreement will be recited in Wendel Rosen's application for compensation

(F)    Purchaser shall not be liable for any other administrative expenses of any kind.

2.1.2    Post-Closing Capitalization and Working Capital. Purchaser shall arrange for the sum of up to $1,100,000 to be made available to Purchaser post-Closing as required to provide funds for operating deficit reserves, capital improvements, pre-opening expenses, replacement FF&E, future acquisition and predevelopment costs associated with repositioning the Club.

636667.4

E–4

Exhibit F

**DUE DILIGENCE MATERIALS**

1. **Financial Information**
   a. A copy of all detailed financial and operating statements for the trailing period of 36 months, including rounds of golf data
   b. Operating Budgets and / or Trends for the past two (2) years
   c. Capital Improvement / Replacement Budget and Actual Expenditures for the past two (2) years
   d. Chart of Accounts
   e. A copy of tax returns for three (3) complete prior years
   f. Any membership fee or transfer fee rebates (if applicable)
   g. Copy of Depository and Operating Bank Statements (at least 12 months) to verify income stream
   h. Copy of most recent appraisal (if available)

2. **Personnel**
   a. Latest payroll register by department including pay rates
   b. Current work schedules by department
   c. Copy of Employee healthcare benefits

3. **Leases**
   a. A copy of all leases, subleases, concession agreements, commission agreements, and any other agreements pertaining to the operation, maintenance and use of the golf course, including any of the following:
      i. Golf cars
      ii. Maintenance equipment
      iii. Kitchen equipment leases
      iv. Office equipment
      v. Ground leases (if any)

4. **Membership**
   a. Latest membership counts, fees, and dues by class/category, and the following:
      i. List of all major customers of the golf course
      ii. Club membership records (if applicable)
      iii. Copies of all membership applications (if applicable)
      iv. Copies of all membership contracts (if applicable)
      v. Disclosure of any binding verbal agreements

5. **Operational Contract / Permits**
   a. Copies of any utility supply agreements
   b. A copy of all certificates of occupancy, licenses, permits, authorizations and approvals
   c. A copy of the liquor license and related documents, and details on transfer requirements

Case: 09-50771    Doc# 249-2    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 10 of 34

d. Copies of any maintenance, repair, service, pest control, janitorial, and landscaping
contracts
e. List of all Banquet Events booked
f. List of all Banquet Even Deposits
g. List of all past Banquet Events

**6. Government Correspondence / Reports / Filings**
   a. List all material correspondence with, reports of or to, or filings, contracts, licenses and other agreements with any government agency or other third party relating to or affecting the ownership, condition, management, maintenance, use, operation and/or development of the real property.

**7. Other**
   **a. Litigation**
      i. A summary of all pending and threatened claims related thereto involving the business and use and operation of the property.
   **b. Insurance**
      i. A copy of any and all insurance claims (actual / pending)
   **c. Miscellaneous**
      i. Total Golf Course Acreage
      ii. List of usage rates: greens fees, golf carts practice range, etc.
      iii. Copy of current food and beverage menus
      iv. Copy of current banquet and event menus
      v. Copy of most recent soil tests (if applicable)

636667.4

F–2

EXHIBIT G

**EMPLOYMENT AGREEMENTS; EMPLOYEE BENEFIT PLANS; CLAIMS**

None

Case: 09-50771  Doc# 249-2  Filed: 07/20/10  Entered: 07/20/10 12:47:42  Page 12 of 34

## FORM OF GRANT DEED

WHEN RECORDED MAIL TO:

_____

_____

Attention: _____

WHEN RECORDED MAIL TO:

_____

_____

Attention: _____

*(Space above this line for Recorder's use)*

## GRANT DEED

In accordance with Section 11932 of the California Revenue and Taxation Code, Grantor has declared the amount of the transfer tax which is due by a separate statement that is not being recorded with this Grant Deed.

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, PASADERA COUNTRY CLUB, LLC, a California limited liability company ("**Grantor**"), does, effective this _____ day of _____, 2010, hereby GRANT to PASADERA INTERNATIONAL LLC, a California limited liability company ("**Grantee**"), the real property situated in the County of Monterey, State of California, more particularly described in *Schedule A* attached hereto and by this reference made a part hereof (the "**Land**").

TOGETHER with all improvements located thereon, fixtures attached thereto, tenements, hereditaments and appurtenances thereof (including, without limitation, all right, title, and interest of Grantor in and to all easements and water rights, if any, thereto belonging or appertaining, and any reversions, remainders, rents, issues or profits thereof) (together with the Land, collectively, the "**Property**").

SUBJECT TO only those items listed on *Schedule 2* attached hereto and by this reference incorporated herein.

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]**

636667.4

H-1

Executed as of the date listed on the attached notary seal, and effective as of the date first written above.

GRANTOR: PASADERA COUNTRY CLUB, LLC
a California Limited Liability Company

By: NCDG GOLF, LLC
a Delaware Limited Liability Company
its Managing Member

By: _____
Name: _____
Title: _____

636667.4

H–2

EXHIBIT A
TO
GRANT DEED

## LEGAL DESCRIPTION OF THE PROPERTY

All that certain real property located in the County of Monterey, State of California more fully described as follows:

PARCEL I:

Parcels I, J, M, N and O as shown on the Map entitled "Tract No. 1307, Rancho Monterey", which map was filed for record on November 4th, 1998 in Volume 20 of Cities and Towns, at Page 7 in the Office of the County Recorder of Monterey County, California, and Certificate of Correction recorded April 21, 2000 in Official Records under Recorder's Series Number 2000025164.

PARCEL II:

Parcels K, L and P as said Lots are shown upon the map entitled, "Lot Line Adjustment Record of Survey - PLN 990335", filed December 23rd, 1999 in Volume 23 of Surveys, Page 29 in the office of the County Recorder of Monterey County, State of California.

PARCEL III:

Easements appurtenant to Parcel I above pursuant to Sections 9.3 entitled "Easements For Owners" and 9.5 "Support, Settlement and Encroachment", of the Declaration of Covenants, Conditions and Restrictions recorded on August 9, 1999 as Instrument No. 9960149 and re-recorded October 1, 1999 as Series No. 9973045, of the Official Records of said County.

PARCEL IV:

Easements acquired by Grantor as described in the Declaration of Establishment of Easements recorded on August 9, 1999 as Instrument No. 9960148 and re-recorded October 1, 1999 as Series No. 9973044 of the Official Records of said County (the "Easement Declaration"), for drainage through and across Drainage Improvements within the Drainage Easement Areas within those portions of Parcels G, I, J, K, L, M, N, O and P of said Tract No. 1307 described in the Supplementary Declaration referred to above that are contiguous to the real property conveyed hereby, as such easements are more particularly described in the Easement Declaration, as modified by said Supplementary Agreement.

EXCEPTING THEREFROM, easements and rights as reserved to PRM Holdings, LLC, a Delaware limited liability company, New Cities Land Company, Inc., a California Corporation, Bates Properties, Inc., a California Corporation and deRegt Development, Inc., a California Corporation, as tenants in common pursuant to the terms and conditions set forth in that certain Mirador Co-Tenancy Agreement, dated as of July 15, 1999 (the "Mirador Co-Tenancy") as Declarant and Owner in the Declaration and in the Easement Declaration recorded August 9, 1999 as Document No. 9960149 and re-recorded October 1, 1999 as Document No. 9973045 and recorded August 9, 1999 as Document No. 9960148 and re-recorded October 1, 1999 as Document No. 9973044, as modified by Supplementary Agreement recorded February 6, 1999 as Instrument No. 9989647 including without limitation, the reservation of oil, gas and mineral

636667.4

H–3

Case: 09-50771    Doc# 249-2    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 15
of 34

rights, easements for a community antenna television system, construction, display, maintenance, sale and exhibit purposes, drainage, and ingress and egress. As provided in the Declaration, the reservation for oil, gas and mineral rights did not reserve to the benefit of the Mirador Co-Tenancy any right to enter upon the surface of the property conveyed hereby in the exercise of such rights.

PARCEL V:

Lot G as Lot is shown and so designated upon the Map of Tract No. 1307, Rancho Monterey, in the County of Monterey, State of California, filed November 4, 1998 in Volume 20, Page 7 of Maps of Cities and Towns, in the Office of the County Recorder of said County, and as amended by Certificate of Correction recorded April 21, 2000, as Document No. 2000025164 Official Records of Monterey County.

PARCEL VI:

Commencing at a point on the Southwesterly boundary of that certain 564.705 acre parcel map filed December 7, 1983 in Volume 15 of Parcel Maps, at Page 190, Records of Monterey County, California, said point also being on that certain course "South 71° 01' 18" West, 120.00 feet", which bears along said course, South 71° 01' 18" West, 11.00 feet distant from the Northwesterly terminus thereof; thence leaving said boundary and course.

A.  South 45° 53' West, 73.2 feet; thence
B.  South 24° 43' East, 25.0 feet, thence
C.  North 75° 15' East, 54.0 feet to the true point of beginning; thence

1.  North 10° 00' East, 20.00 feet; thence
2.  South 80° 00' East, 40.00 feet; thence
3.  South 10° 00' West, 40.00 feet; thence
4.  North 80° 00' West, 40.00 feet; thence
5.  North 10° 00' East, 20.00 feet to the true point of beginning.

APN's:  173-072-038, 173-072-040 through 042;
        173-074-075, 173-074-076,
        173-075-028 and 173-075-030

Case: 09-50771     Doc# 249-2     Filed: 07/20/10     Entered: 07/20/10 12:47:42     Page 16
of 34

County Recorder
Monterey County

Dear Sir or Madame:

In accordance with California Revenue and Taxation Code § 11932, it is requested that this Statement of Documentary Transfer Tax due not be recorded with the attached deed, but be affixed to the deed after recordation and before return as directed on the deed.

The deed names PASADERA COUNTRY CLUB, LLC, a California limited liability company, as Grantor, and PASADERA INTERNATIONAL LLC, a California limited liability company, as Grantee. The land and improvements being transferred are located in the County of Monterey, State of California.

The amount of the documentary transfer tax due on the attached deed is _____ Dollars ($_____), computed on the full value of the land and improvements less encumbrances of record.

PASADERA COUNTRY CLUB, LLC
a California Limited Liability Company

By:     NCDG GOLF, LLC
        a Delaware Limited Liability Company
        its Managing Member

        By:   _____
        Name: _____
        Title: _____

EXHIBIT I

FORM OF BILL OF SALE

BILL OF SALE

This BILL OF SALE ("Bill of Sale") is executed and delivered as of the _____ day of _____, 2010, by PASADERA COUNTRY CLUB, LLC, a California limited liability company ("Seller"), to PASADERA INTERNATIONAL LLC, a California limited liability company ("Purchaser"), pursuant to that certain Purchase and Sale Agreement (the "Agreement") dated as of _____, 2010, between Seller and Purchaser. All capitalized terms used in this Bill of Sale and not otherwise defined shall have the meanings assigned to such terms in the Agreement.

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller hereby sells, transfers, assigns, sets over and conveys to Purchaser all of Assignor's right, title and interest in and to (a) the Personal Property, including, without limitation, the items set forth on *Schedule 1* attached hereto, and (b) all Intangible Personal Property.

Seller hereby warrants that it is the owner of the Personal Property; that the Personal Property is free and clear of all liens, claims and encumbrances; that it has the limited liability company power to execute this Bill of Sale and to transfer the Personal Property as provided herein; and that it has taken all limited liability company action necessary to authorize the execution and delivery of this Bill of Sale and the transfer of the Personal Property to Purchaser as provided herein.

This Bill of Sale shall be construed and enforced in accordance with the laws of the State of California.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]

636667.4

I–1

Case: 09-50771     Doc# 249-2     Filed: 07/20/10     Entered: 07/20/10 12:47:42     Page 18 of 34

Executed as of the date first written above.

SELLER:     PASADERA COUNTRY CLUB, LLC
            a California Limited Liability Company

By:     NCDG GOLF, LLC
        a Delaware Limited Liability Company
        its Managing Member

        By:     _____
        Name:   _____
        Title:  _____

Case: 09-50771     Doc# 249-2     Filed: 07/20/10     Entered: 07/20/10 12:47:42     Page 19
of 34

SCHEDULE 1

PERSONAL PROPERTY


[TO COME]

636667.4

I–3

## FORM OF GENERAL ASSIGNMENT

## GENERAL ASSIGNMENT AND ASSUMPTION AGREEMENT

This GENERAL ASSIGNMENT AND ASSUMPTION AGREEMENT (this "**Assignment**") is executed and delivered as of the _____ day of _____, 2010, by and between PASADERA COUNTRY CLUB, LLC, a California limited liability company ("**Assignor**"), and PASADERA INTERNATIONAL LLC, a California limited liability company ("**Assignee**"), pursuant to that certain Purchase and Sale Agreement (the "**Purchase Agreement**") dated as of _____, 2010, between Assignor and Assignee. All capitalized terms used in this Bill of Sale and not otherwise defined shall have the meanings assigned to such terms in the Purchase Agreement.

     1.    <u>Assignment of Contracts</u>. For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby sells, transfers, assigns, sets over and conveys to Assignee all of Assignor's right, title and interest in and to the Assumed Contracts listed on *Schedule 1* attached hereto.

     2.    <u>Assumption of Contracts</u>. For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignee hereby assumes and agrees to perform all of the obligations of Assignor under the Assumed Contracts arising from and after the date hereof (the "**Assumed Liabilities**").

     3.    <u>Assignment and Assumption of Approvals</u>. Assignor assigns, transfers and sets over unto Assignee, and Assignee hereby accepts from Assignor, all of Assignor's right, title and interest in and to all transferable Approvals (as such term is defined in the Purchase Agreement).

     4.    This Assignment shall be construed and enforced in accordance with the laws of the State of California.

     5.    This Assignment may be executed in counterparts.

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]**

636687.4

Case: 09-50771    Doc# 249-2    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 21 of 34

Executed as of the date first written above.

ASSIGNOR: PASADERA COUNTRY CLUB, LLC
a California Limited Liability Company

By: NCDG GOLF, LLC
a Delaware Limited Liability Company
its Managing Member

By: _____
Name: _____
Title: _____

ASSIGNEE: PASADERA INTERNATIONAL LLC
a California limited liability company

By: _____
Name: _____
Title: _____

636667.4

J–2

SCHEDULE 1

**ASSUMED CONTRACTS**

[TO COME]

Case: 09-50771     Doc# 249-2     Filed: 07/20/10     Entered: 07/20/10 12:47:42     Page 23 of 34

EXHIBIT A
TO
GENERAL ASSIGNMENT

## LEGAL DESCRIPTION OF PROPERTY

All that certain real property located in the County of Monterey, State of California more fully described as follows:

**[TO COME]**

Case: 09-50771    Doc# 249-2    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 24 of 34

## Form of Liquor Bill of Sale

## Liquor Bill of Sale

For valuable consideration, the receipt and sufficiency of which are hereby acknowledged, PASADERA COUNTRY CLUB, LLC, a California limited liability company ("**Seller**"), hereby conveys to PASADERA INTERNATIONAL LLC, a California limited liability company ("**Purchaser**"), all of Seller's right, title and interest in and to the liquor assets described in *Schedule 1* attached hereto and incorporated herein by reference (the "**Liquor Assets**") which are used exclusively in connection with the operation of that certain real property commonly known as Pasadera Country Club located in Monterey County, California.

Seller has not made and does not make any express or implied warranty or representation of any kind whatsoever with respect to the condition of the Liquor Assets, including, but not limited to, merchantability, quality or fitness for any particular purpose. Purchaser accepts the Liquor Assets on an "as-is, where-is" basis. No other representations or warranties as to title to the Liquor Assets are hereby given, nor shall any be implied in connection with the conveyance or transfer of the Liquor Assets to Purchaser.

Seller hereby warrants that it is the owner of the Liquor Assets; that the Liquor Assets are free and clear of all liens, claims and encumbrances; that it has the limited liability company power to execute this Liquor Bill of Sale and to transfer the Liquor Assets as provided herein; and that it has taken all limited liability company action necessary to authorize the execution and delivery of this Liquor Bill of Sale and the transfer of the Liquor Assets to Purchaser as provided herein.

This Liquor Bill of Sale shall be construed and enforced in accordance with the laws of the State of California.

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]**

636667.4

Case: 09-50771    Doc# 249-2    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 25 of 34

Executed as of the date first written above.

SELLER: PASADERA COUNTRY CLUB, LLC
a California Limited Liability Company

By: NCDG GOLF, LLC
a Delaware Limited Liability Company
its Managing Member

By: _____
Name: _____
Title: _____

636667.4

K–2

SCHEDULE 1

LIQUOR ASSETS

**(See Attached)**

636667.4

K–3

Case: 09-50771    Doc# 249-2    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 27 of 34

Pasadare
Perpetual Wine Inventon Total Purchases
April 10                          $0.00
$                $28,509.32     Total Issues
BTL:            1,466                      $0.00

| VEND | BIN | VINT | Item | Region | Cost/ | SZ | Grille | Lounge | Storage | On Hand Beg Inv | On Hand End Inv | Current Storage | Current Inventory | Total Issue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **SPARKLING WINES** | | | | | | | | | | | |
| VW | 108 | NV | Demoiselle 'Grand Cuvee' | | $30.00 | 750 | | | 5 | | | 5.0 | | 0.0 |
| South | 105 | NV | Moet & Chandon 'White Star' | | $34.42 | 750 | | | 5 | | | 5.0 | | 0.0 |
| South | 109 | 1999 | Moet & Chandon 'Dom Perignon' | | $125.20 | 750 | | | 3 | | | 3.0 | | 0.0 |
| Chambers | 103 | 2002 | J Sparkling | Sonoma | $20.00 | 750 | | | 2 | | | 2.0 | | 0.0 |
| Young's | | NV | Piper Sonoma | Sonoma | $10.89 | 750 | 2 | | 38 | | | 38.0 | | 0.0 |
| VW | | NV | Roederer Estate | Anderson Valley | $17.00 | 750 | | | 2 | | | 2.0 | | 0.0 |
| Young's | 104 | 2003 | Schramsberg | Napa | $20.34 | 750 | | | 5 | | | 5.0 | | 0.0 |
| South | 107 | NV | Veuve Clicquot | | $36.60 | 750 | | | 6 | | | 6.0 | | 0.0 |
| South | | NV | Mionetto Prosecco | Italy | $9.25 | 750 | | | 4 | | | 4.0 | | 0.0 |
| South | BTG | NV | Mumm | Napa | $3.85 | 187 | 2 | | 16 | | | 18.0 | | 0.0 |
| VW | 100 | NV | Louis Roederer Brut | | $19.00 | 375 | | | 9 | | | 9.0 | | 0.0 |
| South | 101 | NV | Veuve Clicquot | | $18.60 | 375 | | | 7 | | | 7.0 | | 0.0 |
| | | | **SAUVIGNON BLANC** | | | | | | | | | | | |
| South | BTG | 2008 | Bernardus | Monterey | $9.50 | 750 | 10.3 | | 42 | | | 42.0 | | 0.0 |
| DY | 227 | 2006 | Duckhorn | Napa | $16.34 | 750 | | | 27 | | | 27.0 | | 0.0 |
| South | 224 | 2007 | Ferrari Carano | Sonoma | $12.75 | 750 | | | 20 | | | 20.0 | | 0.0 |
| South | Kitch | 2007 | Frontera | Chile | $4.17 | 750 | | | 12 | | | 12.0 | | 0.0 |
| South | 228 | 2008 | Gary Farrell | Sonoma | $17.20 | 750 | | | 5 | | | 5.0 | | 0.0 |
| | | 2006 | Grgich Hills | Napa | $18.00 | 750 | | | 9 | | | 9.0 | | 0.0 |
| South | | 2005 | Holtz Cellars | Napa | $13.67 | 750 | | | 9 | | | 9.0 | | 0.0 |
| Loyd | | 2005 | Charles Krug | California | $13.00 | 750 | | | 1 | | | 1.0 | | 0.0 |
| Loyd | | 2006 | Kendall Jackson | California | $8.00 | 750 | | | 9 | | | 9.0 | | 0.0 |
| Mont | | 2006 | Morgan | Monterey | $8.00 | 750 | 4 | | 3 | | | 3.0 | | 0.0 |
| South | | 2008 | Rodney Strong | Sonoma | $8.68 | 750 | | | 28 | | | 28.0 | | 0.0 |
| DY | 200 | 2006 | Grgich Hills | Napa | $9.42 | 375 | | | 10 | | | 10.0 | | 0.0 |
| | | | **DOMESTIC CHARDONNAY** | | | | | | | | | | | |
| Rey | | 2007 | Cambria | Santa Maria | $12.50 | 750 | | | 3 | | | 3.0 | | 0.0 |
| South | 205 | 2007 | Bernardus | Monterey | $12.50 | 750 | | | 19 | | | 19.0 | | 0.0 |
| Cuvelo | Kitch | 2007 | Cedar Brook | California | $4.00 | 750 | | | 2 | | | 2.0 | | 0.0 |
| Reg | | 2007 | Carmel Road | Monterey | $9.50 | 750 | | | 27 | | | 27.0 | | 0.0 |
| South | | 2006 | Estancia Reserve | Monterey | $12.00 | 750 | | | 3 | | | 3.0 | | 0.0 |
| DY | 210 | 2003 | Grgich Hills | Napa | $21.00 | 750 | | | 5 | | | 5.0 | | 0.0 |
| | | 2007 | Grgich Hills | Napa | $25.20 | 750 | | | 38 | | | 38.0 | | 0.0 |
| Young's | 204 | 2007 | Hahn | Monterey | $7.00 | 750 | 2.5 | | | | | 0.0 | | 0.0 |
| | | 2008 | Hahn | Monterey | $7.50 | 750 | | | 50 | | | 50.0 | | 0.0 |
| Rey | Kitch | 2007 | Kendall Jackson, Grand Reserve | California | $9.00 | 750 | | | 2 | | | 2.0 | | 0.0 |
| Classic | 217 | 2006 | Kistler, Les Noisetiers | Sonoma | $37.33 | 750 | | | 4 | | | 4.0 | | 0.0 |
| DY | 221 | 2002 | Konsgaard | Napa | $54.17 | 750 | | | 2 | | | 2.0 | | 0.0 |
| Bayp | 209 | 2005 | Matanzas Creek | Sonoma | $15.00 | 750 | | | 30 | | | 30.0 | | 0.0 |
| South | 214 | 2005 | Mer Soleil | Monterey, SLH | $30.42 | 750 | | | 10 | | | 10.0 | | 0.0 |
| Mont | | 2006 | Morgan, Highlands | Monterey, SLH | $12.00 | 750 | 8 | | 50 | | | 50.0 | | 0.0 |
| Mont | 212 | 2006 | Morgan, Double L | Monterey, SLH | $29.34 | 750 | | | 3 | | | 3.0 | | 0.0 |
| DY | 207 | 2005 | Otter Cove | Monterey | $15.00 | 750 | | | 4 | | | 4.0 | | 0.0 |
| Virginia | 220 | 2004 | Pahlmeyer | Napa | $46.66 | 750 | | | 4 | | | 4.0 | | 0.0 |
| Chambers | 213 | 2002 | Ramey | Russian River | $24.00 | 750 | | | 3 | | | 3.0 | | 0.0 |
| Mont Bay | | 2007 | River Ranch | Monterey | $10.00 | 750 | 8 | | | | | 0.0 | | 0.0 |
| | | 2008 | River Ranch | Monterey | $10.00 | 750 | | | 36 | | | 36.0 | | 0.0 |
| Mont Bay | 211 | 2006 | Rombauer | Carneros | $21.33 | 750 | | | 19 | | | 19.0 | | 0.0 |
| Direct | 203 | 2007 | Rubbernack | Monterey, SLH | $7.50 | 750 | | | 9 | | | 9.0 | | 0.0 |
| South | | 2006 | Rodney Strong | Russian River | $7.75 | 750 | | | 18 | | | 18.0 | | 0.0 |
| South | | 2006 | Simi Reserve | Sonoma | $12.00 | 750 | | | 2 | | | 2.0 | | 0.0 |
| VW | | 2008 | Talbott, Sleepy Hollow | Monterey, SLH | $13.50 | 750 | | | 16 | | | 16.0 | | 0.0 |
| VW | 218 | 2005 | Talbott, Diamond T | Monterey, SLH | $46.00 | 750 | | | 4 | | | 4.0 | | 0.0 |
| Mont | 215 | 2003 | Tandem, Ritchie | Sonoma | $29.00 | 750 | | | 9 | | | 9.0 | | 0.0 |
| VW | 206 | 2005 | Trefethen | Napa | $22.00 | 750 | | | 9 | | | 9.0 | | 0.0 |
| Classic | Kitch | 2005 | Voriano, Gold Strip | Monterey | $8.50 | 750 | | | 3 | | | 3.0 | | 0.0 |
| Mont Bay | 201 | 2007 | Rombauer | Carneros | $11.00 | 375 | | | 5 | | | 5.0 | | 0.0 |
| Classic | 202 | 2005 | Tolosa | Edna Valley | $39.00 | 1.5 | | | 6 | | | 6.0 | | 0.0 |

636667.4

Case: 09-50771    Doc# 249-2    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 28 of 34

| Region | # | Year | Wine | Appellation | Price | Size | | | Qty |
|---|---|---|---|---|---|---|---|---|---|
| **OTHER WHITES** | | | | | | | | | |
| | | 2009 | Beringer White Zinfandel | | $4.38 | 750 | 1.2 | | 12 |
| Central Co | 225 | 2003 | Stolpman | L'Avion Roussanne/C | $14.59 | 750 | | | 8 |
| Young's | 222 | 2006 | Loredona | Pinot Grigio, Napa | $7.00 | 750 | 4.4 | | 16 |
| | 223 | 2007 | Luna | Pinot Grigio, Napa | $8.50 | 750 | | | 12 |
| Kitch | | 2006 | Ventana | Orange Muscat | $5.00 | 375 | | | 4 |
| **IMPORTED WHITE WINES** | | | | | | | | | |
| Adventurer | 231 | 2001 | Domaine Hend Clerc | Puligny-Montrachet | $30.00 | 750 | | | 7 |
| Mont Bay | 229 | 2003 | Chateau de Launay | Bordeaux Blanc | $10.60 | 750 | | | 6 |
| South | 230 | 1999 | Gaja, Alteni di Brassica, Sauvignon | Italy | $30.00 | 750 | | | 1 |
| South | 232 | 2000 | Gaja, Rossi-Bass, Chardonnay | Italy | $37.00 | 750 | | | 2 |
| Epic | 233 | 1999 | Joseph Drouhin | Meursault-Perieres | $48.33 | 750 | | | 2 |
| | | 2005 | Petutshi Gewurtz | New Zealand | $12.00 | 750 | | | 3 |
| South | | 2006 | Trimbach, Pinot Gris | | $17.50 | 750 | | | 8 |
| Honey | 228 | 2004 | Vincent Delaporte Sancerre | Loire Valley | $16.50 | 750 | | | 9 |
| **PINOT NOIR** | | | | | | | | | |
| Regal | | 2007 | Cambria | Santa Maria Valley | $18.00 | 750 | | | 5 |
| Regal | | 2006 | Carmel Road | Monterey | $9.50 | 750 | | | |
| | | 2006 | Carmel Road | Monterey | $10.50 | 750 | | | 9 |
| Direct | 415 | 2005 | Cobb, Coastlands | Russian River | $44.00 | 750 | | | 8 |
| South | | 2007 | Estancia Reserve | Monterey | $18.00 | 750 | | | 12 |
| Young's | | 2006 | Hahn | Monterey | $9.00 | 750 | | | 7 |
| Young's | | 2007 | Irony | Monterey | $8.00 | 750 | | | 5 |
| Mont Bay | | 2007 | Morgan 'Double L' | Monterey | $30.00 | 750 | | | 1 |
| Mont Bay | 406 | 2007 | Morgan '12 Clone' | Monterey | $19.80 | 750 | | | 2 |
| Chambers | 410 | 2003 | Paul Hobbs 'Hyde' | Carneros | $47.34 | 750 | | | 4 |
| Mont Bay | | 2006 | Parker Station | California | $10.00 | 750 | | | 9 |
| Hans | | 2006 | Pelarin 'St. Vincent' | Arroyo Seco | $18.00 | 750 | 8.1 | | 29 |
| | | 2005 | River Ranch | Monterey | $20.00 | 750 | | | 8 |
| South | 407 | 2007 | Rodney Strong | Russian River | $11.33 | 750 | | | 11 |
| South | | 2008 | Rodney Strong | Russian River | $11.33 | 750 | | | 12 |
| Direct | 408 | 2007 | Scheid | Santa Lucia Highland | $15.00 | 750 | | | 2 |
| WTF | 409 | 2007 | Talbot | Santa Lucia Highland | $15.00 | 750 | | | 8 |
| Direct | 414 | 2005 | Wes Mar 'Olivet Lane' | Sonoma | $59.00 | 750 | | | 9 |
| Direct | 414 | 2005 | Williams Selyem | Russian River Valley | $42.00 | 750 | | | 4 |
| Direct | | 2005 | Williams Selyem | Sonoma County | $34.00 | 750 | | | 1 |
| South | | 2006 | Brancott | New Zealand | $19.50 | 750 | | | 1 |
| Mont Bay | | 2006 | Fess Parker | Santa Maria Valley | $10.00 | 375 | | | 8 |
| **MERLOT** | | | | | | | | | |
| Burstud | 426 | 2001 | Blanket Estate, Paradise Hills Esta | Napa | $75.00 | 750 | | | 7 |
| Hans | 425 | 2003 | Chateau Christina, Michael's | Carmel Valley | $33.33 | 750 | | | 3 |
| Direct | | 2007 | Chateau Marie Antionette | Corral de Terra | $12.50 | 750 | | | 12 |
| Direct | | 2003 | Chateau Marie Antionette, Reserve | | $12.50 | 750 | | | 4 |
| Direct | 423 | 2006 | Duckhorn | Napa | $34.67 | 750 | | | 8 |
| Young's | | 2007 | Hahn | Monterey | $7.00 | 750 | 7.3 | | 34 |
| Regal | 421 | 2006 | Matanzas Creek | Sonoma | $16.00 | 750 | | | 8 |
| Regal | | 2006 | Murphy Goode | Alexander Valley | $10.00 | 750 | | | 18 |
| Direct | 426 | 2002 | Nickel and Nickel 'Suscol Ranch' | Napa | $33.33 | 750 | | | 3 |
| Regal | | 2005 | Pellon House | Napa | $22.00 | 750 | | | 3 |
| South | | 2006 | Rodney Strong | Sonoma | $9.95 | 750 | | | 23 |
| Mont Bay | | 2005 | Rombauer | Napa | $15.00 | 750 | | | 13 |
| Direct | | 2005 | Scheid | Monterey | $10.80 | 750 | | | 14 |
| Burstud | | 2000 | Selene | Napa Valley | $28.00 | 750 | | | 3 |
| Direct | | 2003 | Twomey | Napa | $43.33 | 750 | | | 11 |
| Direct | | 2005 | Duckhorn | Napa | $18.00 | 375 | | | 8 |
| **CABERNET SAUVIGNON** | | | | | | | | | |
| Young's | | 2005 | Amber Knolls 76 | Napa | $14.00 | 750 | | | |
| Regal | | 2002 | Arrowood | Sonoma | $20.00 | 750 | | | 8 |
| South | | 2004 | Beringer Private Reserve | Napa | $83.50 | 750 | | | 4 |
| South | | 2005 | Beringer Knights Valley | | $12.50 | 750 | | | 4 |
| Burstud | | 2001 | Bryant Family | Napa | $300.00 | 750 | | | 1 |
| South | | 2005 | Caymus | Napa | $48.34 | 750 | | | 10 |
| Direct | | 2004 | Chateau Marie Antionette | Corral de Terra | $12.50 | 750 | | | 10 |
| Direct | | 2003 | Chateau Marie Antionette, Reserve | | $12.50 | 750 | | | 5 |
| Direct | | 2004 | Charles Krug | Napa | $8.00 | 750 | | | 4 |
| Adventurer | | 2001 | Delille, Chaleur Estate | Walla Walla Valley | $49.67 | 750 | | | 7 |
| Direct | | 2006 | Duckhorn | Napa | $43.34 | 750 | | | 2 |
| South | | 2007 | Frontera Cabernet/Merlot | Chile | $3.00 | 750 | | | |
| Direct | | 2005 | Groth | Napa | $38.00 | 750 | | | 17 |

636667.4

Case: 09-50771   Doc# 249-2   Filed: 07/20/10   Entered: 07/20/10 12:47:42   Page 29 of 34

| | Year | Wine | Region | Price | Size | | | Qty | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Young's | 2005 | Grgich Hills | Napa | $36.00 | 750 | | | 14 | 14.0 | | 14.0 | 0.0 |
| Young's | 2007 | Hahn | Monterey | $8.00 | 750 | | | 13 | | | 13.0 | 0.0 |
| Mont Bay | 2005 | Heitz | Napa | $28.00 | 750 | | | 19 | | | 19.0 | 0.0 |
| WW | 2005 | Justin 'Isosceles' | Paso Robles | $40.00 | 750 | | | 3 | | | 3.0 | 0.0 |
| Direct | 2003 | Kenneth Volk | Paso Robles | $13.60 | 750 | | | 7 | | | 7.0 | 0.0 |
| Adventures | 2004 | Leonetti | Walla Walla Valley | $57.33 | 750 | | | 2 | | | 2.0 | 0.0 |
| | 2004 | Muspla' Goode | | $10.00 | 750 | | | 3 | | | 3.0 | 0.0 |
| Northwest | 2005 | Owen Roe | Yakima Valley | $40.00 | 750 | | | 11 | | | 11.0 | 0.0 |
| Direct | 2006 | Rubbernock | Paso Robles | $7.50 | 750 | | | 12 | | | 12.0 | 0.0 |
| South | 2007 | Rodney Strong | Sonoma | $8.85 | 750 | 6 | | 29 | | | 29.0 | 0.0 |
| Mont Bay | 2006 | Rombauer | Napa | $14.00 | 750 | 5.6 | | 13 | | | 13.0 | 0.0 |
| Direct | 2005 | Silver Oak | Alexander Valley | $40.00 | 750 | | | 12 | | | 12.0 | 0.0 |
| Direct | 2002 | Stratford | Knight's Valley | $13.33 | 750 | | | 8 | | | 8.0 | 0.0 |
| South | 2006 | Charles Krug | Napa | $18.00 | 750 | | | | | | 0.0 | 0.0 |
| | 2003 | Woodward-Graff | Monterey | $13.34 | 750 | | | 10 | | | 10.0 | 0.0 |
| | | | | | | | | | | | | |
| South | 2005 | Joseph Phelps | Napa | $19.00 | 375 | | | 6 | | | 6.0 | 0.0 |
| | | | | | | | | | | | | |
| | | **OTHER RED** | | | | | | | | | | 0.0 |
| Hers | 2005 | Almaza | Napa | $40.00 | 750 | | | 7 | | | 7.0 | 0.0 |
| Wollara | 2000 | Altamura, Sangiovese | Napa | $20.00 | 750 | | | | | | 0.0 | 0.0 |
| ReW | 2001 | Arietta Red, H Block Hudson Valley | | $54.16 | 750 | | | 2 | | | 2.0 | 0.0 |
| Wollara | 2003 | Brown Estate | Napa | $24.00 | 750 | | | | | | 0.0 | 0.0 |
| Direct | 2007 | Charles Krug, Zinfandel | Napa | $16.00 | 750 | 5.2 | | 11 | | | 11.0 | 0.0 |
| Direct | 2006 | Figge Syrah | Arroyo Seco | $19.00 | 750 | | | 5 | | | 5.0 | 0.0 |
| Direct | 2006 | Grgich Zinfandel | Napa | $21.00 | 750 | | | | | | 0.0 | 0.0 |
| Direct | 2002 | Lazarus Shiraz | Barossa | $12.50 | 750 | | | | | | 0.0 | 0.0 |
| Northwest | 2006 | Owen Roe 'Ex Umbris' Syrah | Columbia Valley | $16.50 | 750 | | | 12 | | | 12.0 | 0.0 |
| Direct | 2003 | Paraduxx | Napa | $30.00 | 750 | | | 8 | | | 8.0 | 0.0 |
| South | 2001 | Paraiso Springs Syrah | Monterey | $18.00 | 750 | | | 1 | | | 1.0 | 0.0 |
| Hers | 2006 | Pelerin 'Les Violettes' Syrah | Santa Lucia Highland | $24.00 | 750 | | | 5 | | | 5.0 | 0.0 |
| Wolra | 2003 | Ridge 'Lytton Springs' Zinfandel | | $110.00 | 750 | | | 1 | | | 1.0 | 0.0 |
| | | | | | | | | | | | | |
| | | **IMPORTED RED WINES** | | | | | | | | | | 0.0 |
| Acheson | 1997 | Chateau Monbousquet, Saint Emilli | Bordeaux | $37.00 | 750 | | | 7 | | | 7.0 | 0.0 |
| Acheson | 1985 | Chateau Lafite Rothschild, Pauillac | Bordeaux | $235.00 | 750 | | | 1 | | | 1.0 | 0.0 |
| WW | 2004 | Da Vinci, Cinanti Classico | Tuscany, Italy | $10.00 | 750 | | | 1 | | | 1.0 | 0.0 |
| South | 2005 | DuBoueil Morgon | Beaujolais | $10.33 | 750 | | | 7 | | | 7.0 | 0.0 |
| Esto | 2001 | Ernie Els, Limited Release Merlot | Stellenbosch, SA | $58.00 | 750 | | | 1 | | | 1.0 | 0.0 |
| South | 1998 | Gaja, Sperss Barolo | Italy | $162.00 | 750 | | | 2 | | | 2.0 | 0.0 |
| Acheson | 2005 | Frederic Magnien, Gevery-Chambei | France | $47.50 | 750 | | | 5 | | | 5.0 | 0.0 |
| Cpie | 2004 | St. Cosme, CNDP | Rhone Valley, France | $30.00 | 750 | | | 2 | | | 2.0 | 0.0 |
| South | 2006 | Penfolds Shirez | Western Australia | $12.00 | 750 | | | | | | 0.0 | 0.0 |
| | 2006 | Rosemount Shiraz | | $5.50 | 750 | | | 33 | | | 33.0 | 0.0 |
| | | | | | | | | | | | | |
| | | **PORT** | | | | | | | | | | 0.0 |
| WW | 1994 | Grahams Vintage Porto | Portugal | $75.00 | 750 | | | 1 | | | 1.0 | 0.0 |
| WW | NV | Grahams 20 Year Tawny | Portugal | $37.50 | 750 | 0.4 | 0.7 | 3 | | | 3.0 | 0.0 |
| WW | NV | Grahams 6 Grapes Porto | Portugal | $18.00 | 750 | 0.3 | | 7 | | | 7.0 | 0.0 |
| | | | | | | | | | | | | |
| WW | NV | Hidalgo Jerez Sherry | Spain | $20.00 | 750 | | | 6 | | | 6.0 | 0.0 |
| | | | | | | | | | | | | |
| | | TOTAL BOTTLES IN CURRENT INVENTORY | | | | | | 1,466 | 0 | | 1,466 | 0.0 |

636667.4

Case: 09-50771    Doc# 249-2    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 30 of 34

Exhibit L

## Form of Affidavit Pursuant to Foreign Investment in Real Property Tax Act

The undersigned hereby declares that the name, address and United States taxpayer identification number of the record owner of the real property described in *Exhibit A* attached hereto and incorporated herein by reference is as follows:

<u>Name and Address</u>                              <u>I.D. Number</u>

There is no other person or entity who has an ownership interest in the property. The owner is a limited liability company organized and existing under the laws of the State of California and, as such, is not a foreign citizen or entity.

Seller is not a "disregarded entity" as defined in Section 1.1445-2(b)(2)(iii) of the United States Income Tax Regulations.

The undersigned understands that the purchaser of the property intends to rely on the foregoing representations in connection with the United States Foreign Investment and Real Property Act.

Date: _____, 20___.

PASADERA COUNTRY CLUB, LLC
a California Limited Liability Company

By:    NCDG GOLF, LLC
      a Delaware Limited Liability Company
      its Managing Member

      By: _____
      Name: _____
      Title: _____

636667.4

EXHIBIT A
TO
FIRPTA AFFIDAVIT

### LEGAL DESCRIPTION OF PROPERTY

All that certain real property located in the County of Monterey, State of California more fully described as follows:

**[TO COME]**

636667.4

# Exhibit M



**Summary of Terms and Conditions**

Pasadera International, LLC
June 2, 2010

**Rabobank**

Notwithstanding any language contained herein which might be construed to the contrary, this draft document is neither a commitment nor a proposal to make a loan, but rather only a compilation of parameters about a possible credit transaction based on current market conditions and the proposed Borrower's operations. This compilation has been made solely for the purpose of providing a framework for discussions between the proposed Borrower and Lender, with any parameters contained herein contingent upon Lender's continued due diligence and final credit approval. The material herein is confidential and shall not be shared or communicated with parties outside of the proposed Borrower and Lender.

## A. Term sheet new applications

**Borrower:** Pasadera International, LLC

**Guarantor:** None

**Lender:** Rabobank, N.A. and/or other affiliates, ("RNA").

**Facilities:** $6,500,000 purchase price
    a) $1,000,000 Cash
    b) $5,500,000 Senior Secured Real Estate Secured Term Loan

**Closing Date:** The date definitive loan documentation is signed and delivered to Lender and the initial funding occurs.

**Maturity:** Senior Secured RE Loan - 7 years from boarding

**Repayment:** One year of interest only monthly. Followed by a 6 year term with 20 year amortizing, monthly principal and interest payments.

**Security:** 1st T/D on subject property.

**Interest Rate Options & Fees:** Prime + 1.00%, or Libor + 2.50% (Prime floor: 4.00%)

**Conditions Precedent To Closing:** Customary for facilities of this type including, but not limited to the following:

- Final credit approval
- Satisfactory receipt and review of formation documents for Borrower and applicable related entities;
- Compliance of Borrower in all material respects with all environmental, health and safety statutes and regulations;
- No material adverse change in the Borrower's business, properties, financial condition or results of operations;
- No material change in management or ownership structure;
- The disclosure of any litigation or other proceeding that would materially affect the Borrower or this financing;

M-1

- Execution of documentation relating to the Facilities, including but not limited to a credit agreement, deed of trust, security agreement, and other customary documentation (as applicable) which shall be acceptable to the Borrower and Lender;
- All necessary regulatory approvals, permits and licenses have been received;
- Evidence of acceptable Insurance;
- Satisfactory opinion of Borrower's counsel with respect to documentation of the Facilities;
- All representations and warranties are true and correct;
- No default or event of default having occurred or being continuing.

The undersigned on behalf of Borrower, acknowledges receipt of the foregoing proposed basic terms and conditions as of the date indicated below.

Date: _____

Signature: _____

Print Name: _____

2

**M-2**