1

JOHN WALSHE MURRAY (074823)
2   JENNY L. FOUNTAIN (226241)
LAURENT CHEN (191661)
3   MURRAY & MURRAY
A Professional Corporation
4   19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
5   Telephone:  (650) 852-9000; (408) 907-9200
Facsimile:  (650) 852-9244
6   Email:  jwmurray@murraylaw.com
Email:  jlfountain@murraylaw.com
7   Email:  lchen@murraylaw.com

8
Attorneys for Debtor
9

10
                    UNITED STATES BANKRUPTCY COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN JOSE DIVISION
13
In re:                                    )
14                                         )
                                           )
15   **PASADERA COUNTRY CLUB, LLC**        )   Case No. 09-50771-CN
     A California Limited Liability Company )
16                                         )
                    Debtor.                )   Chapter 11
17                                         )
          100 Pasadera Drive              )
18        Monterey, CA 93940              )
                                           )
19   Employer Tax I.D. No.:  77-0498396    )
                                           )
20                                         )

21                              EXHIBIT "B"

22                                 TO

23                    DEBTOR'S PLAN OF LIQUIDATION
                      (DATED JULY 20, 2010)
24

25

26

27

28

# PASADERA COUNTRY CLUB

# MEMBERSHIP APPLICATION

DRAFT

OC_DOCS\392113.2 [W97]

# PERSONAL

Applicant _____    Sponsor _____

Social Security Number _____    Birth Date _____

Spouse's Name _____    Birth Date _____

Social Security Number _____    Anniversary Date _____

Local Address _____
              Number        Street              City          State         Zip

Out of Town Address _____
                    Number        Street              City          State         Zip

Billing Address _____
                Number        Street              City          State         Zip

Club Communications
Address _____
        Number        Street              City          State         Zip

Telephone:                              Telephone:
Local Residence    (    ) _____    Out of Town   (    ) _____

Fax Number   (    ) _____    E-Mail Address _____

Unmarried children under the age of 23:

        Name                        Birth Date

        _____    _____
        _____    _____
        _____    _____

## INCOME AND NET WORTH

_____ (Previous Year) Individual income (adjusted gross income as reported to IRS)

                Greater than $100,000            Yes _____    No _____
                Greater than $150,000            Yes _____    No _____

_____ (Current Year) Estimated individual income (adjusted gross income)

                Greater than $100,000            Yes _____    No _____
                Greater than $150,000            Yes _____    No _____

Current Net Worth (exclusive of home, furnishings and automobiles)

                Greater than $250,000            Yes _____    No _____
                Greater than $500,000            Yes _____    No _____

1

## AUTOMOBILE

Make_____ Color_____ Year_____ License Number_____

Make_____ Color_____ Year_____ License Number_____

## BUSINESS

Applicant's Company Name_____ Title_____

Business Address _____

Telephone ( ) _____ Years in Present Employment _____ Retired _____

Fax Number ( ) _____

Spouse's Company Name_____ Title_____

Spouse's Business Address _____

Telephone ( ) _____ Years in Present Employment _____ Retired _____

Fax Number ( ) _____

## BANKING RELATIONS

1. _____
       Name of Institution               Address

   _____ ( ) _____
       Officer to Contact                              Telephone Number

2. _____
       Name of Institution               Address

   _____ ( ) _____
       Officer to Contact                              Telephone Number

## MEMBERSHIP IN OTHER CLUBS

1. _____
       Name of Club/Organization                        Year Accepted

   _____
       Type                      Address

   ( ) _____
   Telephone                    Contact Person            Present/Former Member

2

Case: 09-50771    Doc# 249-3    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 4 of 7

2. _____
   Name of Club/Organization                                             Year Accepted

_____
   Type                                Address

(     )
_____
Telephone                       Contact Person          Present/Former Member

## PERSONAL REFERENCES

1. _____
   Name                                Address

                                         (     )
_____
   Years Known                                  Telephone Number

2. _____
   Name                                Address

                                         (     )
_____
   Years Known                                  Telephone Number

## PURCHASE OF MEMBERSHIP

      The undersigned hereby applies for the following category of membership in Pasadera Country Club (the "Club"):

| MEMBERSHIP CATEGORY | MEMBERSHIP FEE |
| --- | --- |
| ☐ *Golf Membership* | $_____ |
| ☐ *Associate Membership* | $_____ |
| ☐ *National Membership* | $_____ |

      I hereby agree to pay to the Club the non-refundable membership fee and the membership dues for the category of membership selected. The amount of dues for each membership category is described on a separate Schedule of Dues and Charges.

## GENERAL PROVISIONS

      1.     Payment of Membership Initiation Fee. Membership in the Club is contingent upon full payment of the non-refundable Initiation fee as set forth in this Agreement. Payment of this fee along with the monthly membership dues and charges incurred shall permit the undersigned membership applicant to use the Club facilities in accordance with the Membership Plan and Rules and Regulations.

      2.     Approval for Membership. Membership is contingent upon approval by the Club, which approval shall be at its sole and absolute discretion.

3

OC_DOCS\392113.2 [W97]

Case: 09-50771   Doc# 249-3   Filed: 07/20/10   Entered: 07/20/10 12:47:42   Page 5 of 7

3.    Acknowledgement of Membership Rights. Membership in the Club permits the member to use the Club Facilities in accordance with the Membership Plan and the Rules and Regulations of the Club. Membership in the Club is not an investment in the Company referred to below or the Club Facilities and does not give a member a vested or prescriptive right or easement to use the Club Facilities. Membership in the Club does not provide a member with an equity or ownership interest or any other property interest in the Company or the Club Facilities. A member only acquires a revocable license to use the Club Facilities in accordance with the terms and conditions of the Membership Plan and Rules and Regulations, as the same may be amended from time to time, and this Membership Agreement. The Club reserves the right to modify the Membership Plan and the Rules and Regulations, to reserve memberships, to sell, lease or otherwise dispose of the Club Facilities in any manner whatsoever and to any person whomsoever, to issue, add or modify any type, category or class of membership, to convert the Club into a membership-owned club, and to make any other changes in the terms and conditions of membership or in the Club Facilities available for use by members.

4.    Release of Information. Upon signing this Agreement, I authorize the disclosure and release of information requested by the Club for reviewing my qualifications for membership, including, without limitation, my credit history.

5.    Hold Harmless. I hereby acknowledge that the use of the Club Facilities and any privilege or service incident to membership is undertaken with knowledge of risk of possible injury. I hereby accept any and all risk of injury to myself, my guests and my family sustained while using the Club Facilities or involved in any event or activity incident to membership in the Club. In accepting the risk of injury, I understand that I am relieving Pasadera International, L.L.C., a California limited liability company (the "Company") and its directors, officers, partners, shareholders, employees, agents and affiliates and the Members of the Board of Governors of the Club from any and all loss, cost, claims, injury, damages or liability sustained or incurred by me, my guests and my family resulting from or arising out of any conduct or event connected with membership in the Club and use of any of the Club Facilities.

I acknowledge that in the event that I bring suit against the Company for any claim or matter and fail to obtain judgment therein against it, I shall be liable to the Club, the Company and their directors, officers, employees, representatives or agents for all costs and expenses incurred in the defense of any unsuccessful claim brought by me against same, including reasonable attorneys' fees.

6.    Acknowledgement of Receipt of Membership Plan Documents. I hereby acknowledge receipt of the Pasadera Country Club Membership Plan and Rules and Regulations and that I have read and understand them, and agree to be bound by the terms and conditions thereof as the same may be amended from time to time by the Club. I further acknowledge that I am not relying on any oral representations in acquiring a membership in the Club.

If the applicant is married, both spouses should sign below.


_____          _____
Please print name of Applicant            Signature of Applicant


_____          _____
Please print name of Applicant's Spouse   Signature of Applicant's Spouse


                                          Dated:_____

4

This Membership Agreement shall not be binding on the Club until the acceptance below is signed.

ACCEPTED BY:

**PASADERA COUNTRY CLUB**

By:_____
        Authorized Representative

Dated: _____

5