JOHN WALSHE MURRAY (074823)
JENNY L. FOUNTAIN (226241)
LAURENT CHEN (191661)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: jlfountain@murraylaw.com
Email: lchen@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **PASADERA COUNTRY CLUB, LLC** | ) Case No. 09-50771-CN |
| A California Limited Liability Company | ) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| 100 Pasadera Drive | ) |
| Monterey, CA 93940 | ) |
| | ) |
| Employer Tax I.D. No.: 77-0498396 | ) |
| | ) |

### EXHIBIT "C"

### TO

### DEBTOR'S PLAN OF LIQUIDATION
### (DATED JULY 20, 2010)

# PASADERA COUNTRY CLUB

# MEMBERSHIP PLAN

## 2010

OC\740452.4

**DRAFT**

# PASADERA COUNTRY CLUB

## GENERAL DESCRIPTION OF MEMBERSHIP PLAN

### MEMBERSHIP OPPORTUNITY

This Membership Plan and its exhibits (the "Membership Plan") offers you an opportunity to become a member at Pasadera Country Club (the "Club"). The Club is an exclusive, 18-hole Private Golf and Country Club offering golf, tennis, swimming, social, fitness and wellness facilities located within the City and County of Monterey, California.

### MEMBERSHIP CATEGORIES AND PRIVILEGES

The Club generally offers the following categories of membership: Golf Memberships, Associate Golf Memberships, Regional Golf Memberships, National Golf Memberships, International Golf Memberships and Social Memberships. The use privileges associated with each category of membership are more fully described in this Membership Plan.

### CLUB FACILITIES

The "Club Facilities" which are available to members, their families and guests include the following:

- 18-hole Jack Nicklaus Signature golf course;

- Practice facility, short game area and practice putting green;

- 38,000 square foot Spanish Hacienda style clubhouse, featuring a formal dining room, mixed grille, lounge, fitness and wellness facilities, complete pro shop as well as men's and women's lounges and locker rooms;

- 5 hard-true championship tennis courts; and

- Adult Lap pool, Jacuzzi spa and separate Family Pool Complex.

### SPECIAL MEMBERSHIP BENEFITS

In addition to exceptional Club Facilities and an extensive array of programs and activities for members and their families, membership in the Club offers a number of attractive benefits, including:

- **Jack Nicklaus Signature Golf Course.**

- **Exclusivity.** Membership is by invitation only.

i

OC\740452.4

- **Inheritability.**   Upon the death of a member, a membership, other than a Corporate Membership, can be transferred to his or her spouse or adult child, as described further in this Membership Plan.

- **No Assessments.**   Members are responsible for the payment of dues and other Club charges; however, they will not be subject to either operating or capital assessments.

- **Family Privileges.**   All memberships are family memberships entitling the member, the member's spouse, and their unmarried children under the age of 23, who are living at home, attending school on a full-time basis, or in the military, to membership privileges without having to pay additional membership dues.

- **Extended Family Privileges.**   The member's extended family shall be entitled to use the facilities at such times and according to such fees as established by the Club, at the Club's sole discretion.   Extended family shall include the parents, adult children, grandparents and grandchildren of the member and spouse as further described in this Membership Plan, subject to the family fees as set forth.

- **Club Newsletter.**   Members will receive access to an electronic newsletter every other month available on the Club website containing information about events and activities at the Club and other items of interest.

## CAREFULLY REVIEW ALL MEMBERSHIP DOCUMENTS

Every person who desires to obtain a membership should carefully read this Membership Plan and all of the referenced documents and should seek professional advice to evaluate these documents.

## RELY ONLY ON INFORMATION IN THIS MEMBERSHIP PLAN

NO PERSON HAS BEEN AUTHORIZED TO PROVIDE ANY INFORMATION OR MAKE ANY REPRESENTATIONS NOT CONTAINED IN THIS MEMBERSHIP PLAN AND THE REFERENCED DOCUMENTS AND, IF PROVIDED OR OFFERED, SUCH INFORMATION MUST NOT BE RELIED UPON AS HAVING BEEN AUTHORIZED BY THE CLUB.  IN THE EVENT OF A CONFLICT BETWEEN THE TERMS OF MEMBERSHIP CONTAINED IN THE MEMBERSHIP PLAN, RULES AND REGULATIONS AND MEMBERSHIP AGREEMENTS WITH OTHER PRINTED MATERIALS, THE MEMBERSHIP PLAN, RULES AND REGULATIONS AND MEMBERSHIP AGREEMENTS SHALL GOVERN.

OC\740452.4

Case: 09-50771    Doc# 249-4    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 4 of 34

## MEMBERSHIPS AT THE CLUB ARE OFFERED ONLY FOR RECREATIONAL PURPOSES

**MEMBERSHIPS AT THE CLUB ARE BEING OFFERED EXCLUSIVELY FOR THE PURPOSE OF PERMITTING MEMBERS THE RECREATIONAL USE OF THE CLUB FACILITIES. MEMBERSHIPS SHOULD NOT BE VIEWED AS AN INVESTMENT AND NO MEMBER SHOULD EXPECT TO DERIVE ANY ECONOMIC RETURNS FROM MEMBERSHIP AT THE CLUB.**

**NO FEDERAL OR STATE AUTHORITY HAS PASSED UPON OR ENDORSED THE MERITS OF THIS MEMBERSHIP PLAN.**

## CLUB MANAGEMENT AVAILABLE TO ANSWER QUESTIONS

All inquiries regarding membership in the Club or this Membership Plan and referenced documents should be directed to the Club Management Office at Pasadera Country Club.

OC\740452.4

Case: 09-50771    Doc# 249-4    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 5 of 34

# TABLE OF CONTENTS

**GENERAL DESCRIPTION OF MEMBERSHIP PLAN** ...............................................................1
The Club Will Implement This Membership Plan .........................................................1
Ownership and Operation of the Club Facilities .........................................................1
The Club May Amend Rules Regarding Use of the Club Facilities ...............................1

**MEMBERSHIP CATEGORIES AND PRIVILEGES** ..............................................................1
Categories of Membership .......................................................................................1
Description of Membership Privileges .......................................................................1

**OTHER MEMBERSHIPS AND USE PRIVILEGES** ............................................................3
Founder Memberships .............................................................................................3
Charter Memberships ..............................................................................................3
Honorary Memberships ...........................................................................................3
Invitational Memberships .........................................................................................3
Dining Memberships ................................................................................................4
Reciprocal Privileges ...............................................................................................4
Outside Play ...........................................................................................................4
Promotional Use and Tournament or Group Play ......................................................4
Additional Club Facilities ..........................................................................................4

**FAMILY PRIVILEGES** ....................................................................................................5
Use of the Club Facilities By the Immediate Family of a Member ...............................5
Extended Family May have Membership Privileges ....................................................5

**GUEST PRIVILEGES** ....................................................................................................5
Use of the Club Facilities By a Guest of a Member ...................................................5

**OFFERING OF MEMBERSHIPS** .....................................................................................5
Offering of Memberships ..........................................................................................5
Suitability Requirements ...........................................................................................6
Use of Membership Privileges Prior to Closing on Property Purchase .........................6
Members May Upgrade to a Higher Category of Membership .....................................6
Membership May Be Held in the Name of a Legal Entity ...........................................6

**INITIATION FEES** .........................................................................................................7
Initiation Fee Required to Acquire a Membership ......................................................7
Tax Consequences of Acquiring a Membership ........................................................7

**TRANSFER OF MEMBERSHIP** ......................................................................................7
Transfer of Membership to the Club .........................................................................7
Transfer of Membership Upon the Death of a Member ..............................................7

**DUES AND CHARGES** ..................................................................................................8
Dues, Fees and Charges ..........................................................................................8
No Assessments Against Members ...........................................................................8
Membership Year of the Club ...................................................................................8
A Membership May Not Be Pledged Except for Purchase Money Obligations .............8

**ACKNOWLEDGMENT OF MEMBERSHIP RIGHTS** ..........................................................8

OC\740452.4

Case: 09-50771     Doc# 249-4     Filed: 07/20/10     Entered: 07/20/10 12:47:42     Page 6
of 34

**MEMBERSHIP APPROVAL** ......................................................................................................**9**
    A Membership Application Must Be Mailed or Delivered to the Club Administration Offices ...........................9
    Review of Membership Agreement ...............................................................................9
    The Rights of Members to Use the Club Facilities are Governed by the Membership Plan Documents ............9

**CLUB OPERATIONS** ...............................................................................................................**9**
    Management and Control of the Club Facilities and Operation of the Club ...........................................9
    Board of Governors ............................................................................................10
    Club Committees ..............................................................................................10

**RISK FACTORS** ...................................................................................................................**10**
    Potential Dues Increases .....................................................................................10
    Water Availability ...........................................................................................11
    Non-Member Use; Promotional Use and Tournament Play of the Golf Course ...........................................11
    Non-Marketability of Club Memberships and Restrictions on Transferability .........................................11
    Modification of Club Memberships and Offering Terms ..............................................................11
    No Independent Counsel ........................................................................................11
    Competition With the Club By the Company .......................................................................11
    Uninsured Losses .............................................................................................12
    Potential Conflicts of Interest ..............................................................................12
    Factors Beyond the Control of the Club ........................................................................12
    Competing Projects ...........................................................................................12
    Lack of Control By Club Members Over the Club and Reliance Upon the Company and Its Affiliates ...........12
    Practice Range Lease .........................................................................................13

**GENERAL PROVISIONS** ...........................................................................................................**13**
    Protection of Membership Privileges ...........................................................................13
    Club Management Available to Answer Inquiries .................................................................13

v

# GENERAL DESCRIPTION OF MEMBERSHIP PLAN

## THE CLUB WILL IMPLEMENT THIS MEMBERSHIP PLAN

The Club proposes to implement this Membership Plan, including the Rules and Regulations annexed hereto, pursuant to which members, their families and guests and other persons will be permitted to use the Club Facilities at Pasadera Country Club. The terms of membership are described in this Membership Plan, the Rules and Regulations and the Membership Application.

## OWNERSHIP AND OPERATION OF THE CLUB FACILITIES

Pasadera International, LLC, a California limited liability company (the "Company") doing business as Pasadera Country Club (the "Club"), owns and operates the Club Facilities (the Club and the Company are hereinafter sometimes collectively referred to as the "Club").

## THE CLUB MAY AMEND RULES REGARDING USE OF THE CLUB FACILITIES

In order to match the changing needs and desires of the membership of the Club, the Club reserves the right, in its sole and absolute discretion, to modify, change or add to this Membership Plan, Club Rules and Regulations, the membership categories, the advance sign-up privileges, the right to use the Club Facilities and the guest privileges. The Club shall also establish the days and hours of operation of the Club Facilities, including the dining facilities and other Club operations, based upon member usage.

# MEMBERSHIP CATEGORIES AND PRIVILEGES

## CATEGORIES OF MEMBERSHIP

In order to provide exclusivity and availability of facilities and services to its members, the Club is planning to offer memberships in the following categories: Golf Memberships, Associate Memberships, Regional Golf Memberships, National Golf Memberships, International Golf Memberships, Social and Corporate Memberships.

## DESCRIPTION OF MEMBERSHIP PRIVILEGES

Each person who acquires a membership through payment of a non-refundable initiation fee will be entitled to use the Club Facilities in accordance with his or her category of membership and the terms and conditions of this Membership Plan. The non-refundable initiation fee will provide each member candidate with a single use license to utilize the Club amenities and facilities, subject to the limited transferability provisions within this Membership Plan. The membership privileges currently associated with each category of membership are as follows:

1

OC\740452.4

Case: 09-50771    Doc# 249-4    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 8 of 34

<u>Golf Membership</u>. Each individual who acquires a Golf Membership will be entitled to use all of the golf, tennis, health and fitness, swimming and dining facilities of the Club. Club privileges are also extended to the Golf Member's spouse and their eligible immediate family members under the age of 23, subject to the policies and procedures set forth by the Club.

<u>Associate Membership</u>. This membership opportunity is limited and available to all persons under thirty eight (38) years of age who are applying for Membership at the Club. Each person who acquires an Associate Membership will be entitled to use all of the golf, tennis, fitness and wellness, swimming and dining facilities of the Club. Club privileges are also extended to the Associate Golf Member's spouse and their eligible immediate family members under the age of 23, subject to the policies and procedures set forth by the Club.

<u>Regional Golf Membership</u>. This membership opportunity is available to individuals and their eligible immediate family members who do not lease, occupy, own or rent any property, residence or business within a 60 mile radius from the Club. Regional members will be entitled to utilize all of the golf, tennis, fitness and wellness, swimming and dining facilities at the Club. Club privileges are also extended to the Member's spouse and their eligible immediate family members under the age of 23, subject to the policies and procedures set forth by the Club.

<u>National Golf Membership</u>. National Golf Members must be principally domiciled outside of the state of California for a period of more than six months annually and likewise may not lease, occupy, own or rent any property, residence or business within a 60 mile radius from the Club. National Golf Members will be entitled to use all of the golf, tennis, health and fitness, swimming and social facilities of the Club until such time as their National Golf Memberships are resigned.

<u>International Golf Membership</u>. An International Golf Membership will be offered and will be available to individuals who meet the criteria established by the Club under the terms and conditions set forth at the Club's sole discretion. International Golf Members will be entitled to use all of the golf, tennis, health and fitness, swimming and social facilities of the Club until such time as their International Golf Memberships are resigned.

<u>Social Membership</u>. Each person who acquires a Social Membership will be entitled to use all of the tennis, fitness and wellness, swimming and dining facilities of the Club. Club privileges are also extended to the member's spouse and their eligible immediate family members under the age of 23, subject to the policies and procedures set forth by the Club.

<u>Corporate Membership</u>. The Club may offer a Corporate Membership arrangement to actual legal, business entities, as determined by the Club from time to time, in its sole and absolute discretion. Each Corporate Membership will entitle the Corporate Member to designate a minimum of two (2) and a maximum of four (4) persons to use the Club

OC\740452.4

Facilities. Each designated user of the Corporate Membership will be required to pay the same dues, and will be entitled to use the Club Facilities on the same basis, as a Golf Member. Each Corporate Member and its designated users must complete and submit a Corporate Membership Agreement and Corporate Designee Membership Agreement, respectively, as provided by the Club and such other forms as may be requested by the Club to verify the Corporate Member's status as a bona fide business entity. Each designated user must be an owner, director, officer, partner, shareholder or employee of the entity and will be subject to approval of the Club, in its sole and absolute discretion. Each Corporate Member will be responsible for any unpaid dues, fees and other charges incurred by its designated users. A Corporate Member may change one or more of the designated users one time per membership year, upon payment of a redesignation fee set by the Club and subject to the terms and conditions established by the Club from time to time. The amount of the redesignation fee is subject to change.

## OTHER MEMBERSHIPS AND USE PRIVILEGES

### FOUNDER MEMBERSHIPS

The Club may issue Founder Memberships in the Club to such persons as the Club determines appropriate from time to time. If offered, Founder Memberships will be available on such terms and conditions as the Club determines appropriate. Founder Members may have the same privileges as Golf Members and may or may not pay the same fees and charges as Golf Members. Additional provisions concerning Founder Members are included in each Founder Member's Membership Agreement.

### CHARTER MEMBERSHIPS

The Club may, in its sole and absolute discretion, award Charter Membership status to a limited number of members. Each Charter Membership will be available on such terms and conditions as the Club determines appropriate. Charter Members will have such benefits and privileges as determined by the Club, from time to time. Charter Members may or may not pay the same fees and charges as Golf Members.

### HONORARY MEMBERSHIPS

The Club may issue Honorary Memberships in the Club to such persons as the Club determines appropriate from time to time. These Honorary Memberships will be in addition to all other memberships and will be available on such terms and conditions as the Club determines appropriate.

### INVITATIONAL MEMBERSHIPS

The Club may, in its sole and absolute discretion, offer membership on an annual, seasonal or recallable basis ("Invitational Memberships"). Invitational Members will be entitled to use the Club Facilities on such terms and conditions as determined by the

3

Club from time to time. Invitational Memberships will not be available to persons who own a residence or property in Pasadera. Invitational Memberships may be recalled at the end of each membership year as necessary, on a last-issued, first-recalled basis.

## DINING MEMBERSHIPS

The Club may, in its sole and absolute discretion, offer dining memberships on such terms and conditions as the Club determines appropriate.

## RECIPROCAL PRIVILEGES

The Club may, in its sole and absolute discretion, enter into reciprocal use privileges and arrangements with other clubs, as the Club determines appropriate from time to time, including arrangements such as the Jack Nicklaus International Golf Club.

## OUTSIDE PLAY

Pursuant to an agreement between the Club and the County of Monterey, California, the Club will permit members of the general public, on a limited basis, to use the golf course during off-peak hours upon the payment of the required fees and charges, as determined by the Club from time to time.

In addition, in order to increase revenue as the Club grows its Membership base, the Club may permit members of other selected private clubs to use the golf facilities upon the payment of greens fees and cart fees as determined by the Club from time to time.

## PROMOTIONAL USE AND TOURNAMENT OR GROUP PLAY

The Club will have the right to designate other persons including, without limitation, officers, directors, partners, shareholders, employees and designees of the Company and its affiliates and their guests to use the Club Facilities upon such terms and conditions as may be determined from time to time by the Club. The Club will also have the right to permit prospective purchasers of residences or homesites in Pasadera or memberships in the Club to use the Club Facilities on such terms and conditions as may be determined from time to time by the Club. The Club reserves the right, in its sole and absolute discretion, to restrict or to otherwise reserve in advance the Club Facilities for maintenance, tournament or group play, outings and other special events from time to time.

## ADDITIONAL CLUB FACILITIES

The Club may, in its sole and absolute discretion, add additional facilities, either on-site or off-site, as it determines appropriate from time to time, including additional golf facilities. If additional facilities are added to the Club, the number of memberships issued in the Club may be increased in relation to the expansion of the facilities.

4

# FAMILY PRIVILEGES

## USE OF THE CLUB FACILITIES BY THE IMMEDIATE FAMILY OF A MEMBER

A member's immediate family will be entitled to use the Club Facilities in accordance with the member's category of membership, subject to the policies and procedures as established by the Club. A member's immediate family will include the member's spouse and their unmarried children, under the age of twenty-three, living at home, in the military or attending school on a full-time basis.

## EXTENDED FAMILY MAY HAVE MEMBERSHIP PRIVILEGES

The Club reserves the right, from time to time, to permit the extended family of a member to use the membership privileges upon payment of such fees as may be established by the Club. The extended family shall include the parents, adult children, grandparents and grandchildren of the member and spouse. The Club may modify or terminate this privilege and establish such rules with respect thereto as it may determine.

# GUEST PRIVILEGES

## USE OF THE CLUB FACILITIES BY A GUEST OF A MEMBER

Members may have guests use the Club Facilities in accordance with the member's category of membership and the Rules and Regulations of the Club. The Club reserves the right to distinguish between "accompanied" and "unaccompanied" guests and to implement rules accordingly. The Club may limit the number of guests and the number of times a particular guest may use the Club Facilities during each membership year. The member will be responsible for the payment of charges incurred but not paid by his or her guests within the customary billing and collection procedures of the Club, including any applicable daily guest fees established by the Club from time to time. Members will be responsible for the deportment of their guests.

# OFFERING OF MEMBERSHIPS

## OFFERING OF MEMBERSHIPS

Membership is by invitation only. Each owner of a residence or homesite in the Pasadera residential community may apply for membership as described herein; however, such ownership does not guarantee membership in the Club. Memberships shall be offered to persons as the Club determines appropriate from time to time and approval for membership shall be in the Club's sole and absolute discretion. In accordance with the laws of the state of California, in no event shall the Club

OC\740452.4

Case: 09-50771    Doc# 249-4    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 12 of 34

discriminate against any individual because of the individual's sex, race, color, religion, ancestry, national origin, age, disability or marital status.

## SUITABILITY REQUIREMENTS

Memberships will be offered to prospective Members only if the Club is able to determine that the prospective Member meets the suitability requirements established by the Club and the California Department of Corporations. The suitability requirements are designed to ensure, among other things, that prospective Members have sufficient knowledge and experience in financial and business matters to evaluate the merits and risks of Membership. In order to apply for membership, prospective Members must satisfy certain financial suitability requirements described in the Membership Application attached hereto as Exhibit C.1.

## USE OF MEMBERSHIP PRIVILEGES PRIOR TO CLOSING ON PROPERTY PURCHASE

The Club may allow the purchaser of a residence or property in Pasadera to use the Club Facilities as a member prior to the closing on his or her residence or property. The person will be required to pay the applicable dues, fees and other charges established by the Club from time to time. In the event the purchaser does not close on the residence or property, the Club may terminate the membership privileges by returning the unused portion of any dues, fees and charges paid by the person in advance for the remainder of the membership year, at the Club's sole discretion.

## MEMBERS MAY UPGRADE TO A HIGHER CATEGORY OF MEMBERSHIP

Members will at all times have the right to upgrade to a higher category of membership if the higher category of membership is then available. In order to upgrade, the member shall pay to the Club the difference between the Initiation Fee previously paid by the member for the lower category of membership and the Initiation Fee then charged for the higher category of membership.

## MEMBERSHIP MAY BE HELD IN THE NAME OF A LEGAL ENTITY

For the convenience of members, any membership may be held in the name of a partnership, company, trust or other form of multiple ownership (collectively, the "entity"). The entity must designate one individual who will have the right to use the membership. The entity may not change the designated user. Each designated user must submit a Membership Agreement and will be subject to the approval of the Club. Each designated user must be a bona fide director, officer, partner, shareholder or employee of the entity, or a beneficiary or settler if the membership is held in the name of a trust, and must pay the required dues and charges. No person other than the designated user and his or her immediate family will be entitled to simultaneously use the membership.

6

# INITIATION FEES

## INITIATION FEE REQUIRED TO ACQUIRE A MEMBERSHIP

Each person who desires to acquire a membership will be required to pay an Initiation Fee in an amount determined by the Club from time to time. Initiation fees are not transferable, except to the member's surviving spouse or adult child as described herein, and are non-refundable as listed in the current Membership offering, this Membership Plan, the Rules and Regulations of the Club and the Membership Agreement.

## TAX CONSEQUENCES OF ACQUIRING A MEMBERSHIP

The Club makes no representations and expresses no opinions regarding the federal, state or local income tax consequences of acquiring a membership or with respect to any Initiation Fees paid to the Club. All persons acquire their membership subject to all applicable tax laws, as the same may be amended from time to time.

# TRANSFER OF MEMBERSHIP

## TRANSFER OF MEMBERSHIP TO THE CLUB

A member may transfer his or her membership only to his or her spouse, or to an immediate family member, subject to approval by the Club. Should a member desire to resign from the Club, the member shall be required to give written notice to the Club.

In order to resign from the Club and be eligible to transfer the membership, the member must be in good standing and have fulfilled the following conditions: (i) paid in full the required Initiation Fee, including any and all installment payments, if any, and all outstanding dues, fees, penalties and other charges or (ii) be current on all installment payments, if any, and all outstanding dues, fees, penalties and other charges.

## TRANSFER OF MEMBERSHIP UPON THE DEATH OF A MEMBER

Upon the death of a member, the membership may be transferred to the member's surviving spouse without the payment of any additional Initiation Fees. If there is no surviving spouse or the surviving spouse does not desire to continue the membership, the membership may be transferred to the member's adult child who, upon approval of membership, would not be required to pay any additional Initiation Fees, other than a nominal transfer fee.

7

OC\740452.4

# DUES AND CHARGES

## DUES, FEES AND CHARGES

The Club will determine the amount of dues, fees and charges to be payable by members each year. Dues shall be payable on a monthly basis on or before the first day of each month, unless otherwise determined by the Club from time to time. The current dues, fees and charges for use of the Club Facilities are indicated on the Schedule of Dues and Charges. The amount of dues, fees and other charges is subject to change from time to time at the sole discretion of the Club.

## NO ASSESSMENTS AGAINST MEMBERS

Members will only pay membership dues, fees and other charges established from time to time. Members will not be subject to any liability for capital or operating assessments for the costs and expenses of ownership or operation of the Club or the Club Facilities. The Company will pay all operating deficits incurred in the operation of the Club Facilities and will retain all operating revenues resulting from operation of the Club Facilities.

## MEMBERSHIP YEAR OF THE CLUB

The Club's membership year will constitute the twelve (12) month period commencing January 1 and ending December 31, unless otherwise established by the Club from time to time.

## A MEMBERSHIP MAY NOT BE PLEDGED EXCEPT FOR PURCHASE MONEY OBLIGATIONS

A member may not pledge or hypothecate the membership except to the extent the lien or security interest is incurred as a result of obtaining the membership privileges.

# ACKNOWLEDGMENT OF MEMBERSHIP RIGHTS

Membership in the Club permits the member to use the Club Facilities in accordance with this Membership Plan and the Rules and Regulations, as they may be amended from time to time. Membership is not an investment in the Club, its facilities or the Company and does not give a member a vested or prescriptive right or easement to use the Club Facilities. Membership in the Club does not provide a member with any equity, ownership interest or any other property interest in the Club. A member only acquires a revocable license to use the Club Facilities. The Club reserves the right, in its sole and absolute discretion, to terminate or modify this Membership Plan and Rules and Regulations, to reserve memberships, to discontinue operation of any or all of the Club Facilities, to sell, lease or otherwise dispose of the Club Facilities in any manner whatsoever and to any person whomsoever, to issue, modify or terminate any type or category of membership, to convert the Club into a membership-owned club, and to

8

make any other changes in the terms and conditions of membership or in the Club Facilities available for use by members.

## MEMBERSHIP APPROVAL

### A MEMBERSHIP APPLICATION MUST BE MAILED OR DELIVERED TO THE CLUB ADMINISTRATION OFFICES

A person who has been invited to apply for membership must submit to the Club Administration Offices a fully completed and signed Membership Application. The Membership Application shall be subject to review, as described herein. Upon approval, applicant shall have a period of thirty (30) days to submit a check for the required Initiation Fee for the respective Membership Category.

### REVIEW OF MEMBERSHIP AGREEMENT

All persons desiring a membership must be approved by the Club, which approval shall be in its sole and absolute discretion. The Club Memberships will be sold only to persons who satisfy the suitability standards described in the Membership Application and Membership Plan. The Club may require an interview with a representative of Club Management, and/or other designees of the Club. After receiving the Membership Application, the Club will determine whether the applicant has satisfied the relevant conditions of membership. Membership Applicants will be notified of their approval for Club Membership, and will be required to pay the accompanying fees and other charges associated with Club membership.

### THE RIGHTS OF MEMBERS TO USE THE CLUB FACILITIES ARE GOVERNED ONLY BY THE MEMBERSHIP PLAN DOCUMENTS

If approved for membership in the Club, the member agrees to be bound by the terms and conditions of this Membership Plan and the Rules and Regulations of the Club, as amended from time to time, and irrevocably agrees to fully substitute the membership privileges acquired pursuant to this Membership Plan and Rules and Regulations for any present or prior rights in or to use of the Club Facilities.

## CLUB OPERATIONS

### MANAGEMENT AND CONTROL OF THE CLUB FACILITIES AND OPERATION OF THE CLUB

The Company owns, manages and operates the Club Facilities. As a result, the Company is responsible for the government and administration of the Club Facilities and the Club and will have the exclusive authority to accept members, set dues and charges, establish Rules and Regulations and control the management and affairs of the

9

Club Facilities and the Club. The Club also reserves the right to engage a professional management company to operate the Club Facilities.

## BOARD OF GOVERNORS

The Club may establish an advisory Board of Governors composed of members whose purpose includes fostering good relations between the members and management of the Club, providing the members with input on programs, plans and activities of the Club, and advising on the Club's Policies and Rules and Regulations. The Management of the Club shall meet with the Board of Governors on a periodic basis to discuss the operation of the Club Facilities. The Board of Governors shall have no duty or power to negotiate or otherwise act on behalf of the Club, its management or the members of the Club, and shall serve only in an advisory capacity. The Management of the Club will have the final authority on all matters concerning the Club Facilities and the Club members.

## CLUB COMMITTEES

The Club may establish Men's and Women's Golf Committees, Men's and Women's Tennis Committees, a House Committee and other appropriate committees. All of the members of these committees, including the chairperson, will be appointed by the Club for specific terms as determined by the Club from time to time. The Management of the Club will meet with these committees on a regular basis to discuss member programs and events at the Club. Each of the committees will act only in an advisory capacity and will not have any duty or authority to act on behalf of the members or the Club.

# RISK FACTORS

The sale of a membership in the Club is deemed to be the sale of a security under applicable California law. Accordingly, the Company is obligated to provide prospective members with an understanding of all the material terms and conditions of membership in the Club. This Membership Plan is designed to provide such information. There are risks associated with the purchase of any security. The Company wants to bring to the attention of all prospective members the following risk factors and special considerations relating to the purchase of a membership in the Club.

## POTENTIAL DUES INCREASES

At any time that the membership dues requirements are deemed inadequate to cover operating costs or for any other reason, the Club, in its sole discretion, may increase the dues in an amount determined by the Club. In the event the Club is unable to maintain a full membership, the likelihood is greater that dues increases will occur. In this regard, the Club will examine various strategies to produce incremental income by conducting special events, weddings, banquets and other functions designed to support Club operations. The Club will make every effort to assure that these events have limited or nominal effect on regular Club operations.

OC\740452.4

Case: 09-50771    Doc# 249-4    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 17 of 34

## WATER AVAILABILITY

The water for the golf course will be supplied by a well dedicated to golf course use. However, any inability to utilize such water supply, or to otherwise procure a steady and sufficient water supply to maintain the golf course, including but not limited to mandatory water rationing, could have a material and adverse affect on the Club Facilities and could reduce the value of the memberships in the Club.

## NON-MEMBER USE; PROMOTIONAL USE AND TOURNAMENT PLAY OF THE GOLF COURSE

The Club intends to make the Club Facilities available to the families and guests of its members (in accordance with the guest policies stated in the Club's Rules and Regulations) and to make only the Club's golf course available to non-members who are not guests of members on a restricted basis. The use of the Club's golf course by non-members and guests may restrict or limit a Club member's access to the Club's golf course. From time to time, on a limited basis, the Club may also hold promotional and other special events, including tournaments, charity and corporate events. The Club's use of the golf facilities for tournaments, special events, group outings and similar events may restrict or limit a Club member's access to the Club Facilities.

## NON-MARKETABILITY OF CLUB MEMBERSHIPS AND RESTRICTIONS ON TRANSFERABILITY

The transferability of memberships in the Club is significantly restricted under the terms of this Membership Plan, which state, among other things, that Club memberships may be acquired only through the Club.

## MODIFICATION OF CLUB MEMBERSHIPS AND OFFERING TERMS

The Club may, in its sole discretion, amend in the future the terms of any class of membership or offer additional categories of membership with different terms and conditions.

## NO INDEPENDENT COUNSEL

The Company and the Club have been represented by common legal counsel in connection with this offering. Such counsel also may represent the Company and the Club in the future with respect to other matters. Consequently, members of the Club should not consider such counsel to be their independent counsel, but should consult with their own counsel on all matters concerning participation in the Club.

## COMPETITION WITH THE CLUB BY THE COMPANY

The Company will devote such time to the Club's affairs as it, within its sole and absolute discretion, determines to be necessary for the benefit of the Club and its

11

OC\740452.4

members. The Company or its affiliates may, in the future, form other business entities to engage in a business or businesses that may compete with the Club.

## UNINSURED LOSSES

While the Company intends to carry, or to cause the Club to carry, comprehensive fire, liability and extended coverage insurance on the Club Facilities, there are certain risks that are uninsurable or not insurable on terms that are believed by the Company to be economical. Such risks could include, but are not necessarily limited to, earthquakes, floods and hazardous waste contamination. Should a loss occur which is not covered by insurance, the Club, and the value of the memberships in the Club may be materially and adversely affected.

## POTENTIAL CONFLICTS OF INTEREST

The Club is subject to potential conflicts of interest with the Company and its affiliates arising out of transactions described in this Membership Plan.

## FACTORS BEYOND THE CONTROL OF THE CLUB

The success of the Club will depend to a great degree upon many factors which are beyond the control of the Company, such as public acceptance of the Club, national and regional economic factors affecting business in general and golf course development in particular, public tastes regarding activities, governmental regulation, future operating costs and many other non-controllable factors. No representation is or can be made as to the actual results of future operations due to the impossibility of predicting the effect of these and other factors over which there is little or no control.

## COMPETING PROJECTS

The Club is aware of the existence of several private golf clubs located in the Monterey/Carmel area. Although the Club believes that the sale of its memberships will be successful, it is impossible to predict the effect of the competing private golf clubs on the sale of memberships. Accordingly, there is a risk that the sale of memberships will not be successful and that the Club will not enjoy financial success.

## LACK OF CONTROL BY CLUB MEMBERS OVER THE CLUB AND RELIANCE UPON THE COMPANY AND ITS AFFILIATES

The Club Members will have no right or authority to take part in the management or control of the business of the Club. The business of the Club will be managed and controlled by the Company, the Club Management team and its affiliates. Accordingly, no prospective member should purchase a membership in the Club unless such prospective member is willing to entrust all aspects of management and control of the Club to the Company, the Club Management team and its affiliates, and rely upon their abilities.

12

## PRACTICE RANGE LEASE

The land underlying the golf practice facility is owned by the Parks Foundation of Monterey County, a California non-profit public benefit corporation (the "Foundation"). The Company has leased this land from the Foundation. The lease term is for an initial period of ten years, which was completed in January of 2009, with two additional option periods of 10 years each. The practice facility will be subject to use for parking for events at Laguna Seca recreation area. In the event that the Company is unable to extend the term of the lease after the expiration of the option periods, the value of a Golf Membership may be materially diminished. Each member should review, with the Club Management office, the use restrictions on the practice facility.

# GENERAL PROVISIONS

## PROTECTION OF MEMBERSHIP PRIVILEGES

In the event that the Company ever sells the Club Facilities, it will disclose the existence of this Membership Plan to subsequent purchaser; however, the subsequent purchaser will not required but will make all good faith efforts to acquire title to the Club Facilities subject to the terms and conditions as reasonably set forth in this Membership Plan. Furthermore, the Company will disclose the Membership Plan to any prospective lender, and will request recognition by the prospective lender of the Membership Plan.

## CLUB MANAGEMENT AVAILABLE TO ANSWER INQUIRIES

Should you have any questions concerning this Membership Plan or the membership opportunities available at the Club, please contact the Club Management Office.

OC\740452.4

# PASADERA COUNTRY CLUB

# RULES AND REGULATIONS

2010

Case: 09-50771    Doc# 249-4    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 21 of 34

# PASADERA COUNTRY CLUB

## TABLE OF CONTENTS

**Page**

PREAMBLE ............................................................................................................. 1

SECTION I ............................................................................................................... 1

General Club Rules ............................................................................................. 1
Gratuities ............................................................................................................ 2
Family Use .......................................................................................................... 2
Guest Privileges ................................................................................................. 3
Houseguests ....................................................................................................... 3
Hours of Play ...................................................................................................... 4
Proper Attire ....................................................................................................... 4

SECTION II .............................................................................................................. 6

Golf Rules of Play .............................................................................................. 6
Handicaps ............................................................................................................ 6
Lightning Policy .................................................................................................. 6
Rain Checks ........................................................................................................ 6
Care of the Course ............................................................................................. 7
Golf Carts ............................................................................................................ 7
Private Golf Cart Rules ...................................................................................... 7
Lessons ................................................................................................................ 8
Practice Range .................................................................................................... 9
General Tennis Rules ......................................................................................... 9
General Pool Rules ............................................................................................. 9

SECTION III ........................................................................................................... 10

Membership Account .......................................................................................10
Mailing Addresses ............................................................................................11
Loss or Destruction of Property or Instances of Personal Injury ...............11
Resignation, Suspension and Termination of Membership Privileges ......11

OC\392111.3

Case: 09-50771    Doc# 249-4    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 22
of 34

# PASADERA COUNTRY CLUB

## PREAMBLE

These Rules and Regulations are established by the Club to protect and preserve the Club amenities and facilities and to promote the health, safety, welfare and enjoyment of the Members, their families and their guests, as well as all other persons using the Club Facilities. The Club is committed to providing all Members and their guests with an enjoyable Club experience. To uphold and exceed these expectations, Members and guests are encouraged to act in a manner consistent with the Rules and Regulations as set forth below. The Club may amend these Rules and Regulations from time to time.

## SECTION I

### GENERAL CLUB RULES

1. The Club Facilities shall be open on the days and during the hours as may be established by the Club. Areas of the Club, including the golf course, may also be closed for scheduled maintenance and repairs. The Club reserves the right to close the Golf Course and Clubhouse to hold promotional and private events and tournaments.

2. Alcoholic beverages will not be served or sold, nor permitted to be consumed, on the premises during hours prohibited by law. No alcoholic beverages will be sold or served to any person not permitted to purchase the same under the laws of the State of California. The Club reserves the right, in its sole and absolute discretion, to refuse service to a Member or guest when that Member or guest appears to be intoxicated. Minors under the age of twenty-one (21) will not be permitted in the lounge areas after 5:00 p.m. unless accompanied by a supervising adult member.

3. All food and beverages consumed on the Club Facilities must be furnished by the Club unless otherwise specified and authorized in advance by the Club office.

4. Commercial advertisements shall not be posted or circulated in the Club, nor shall solicitations of any kind be made on the Club Facilities or upon the Club's stationery without the prior approval of the Club. Other than as permitted in writing by the Club, no petition shall be originated, solicited, circulated or posted on Club property. Members shall not use the roster or list of members of the Club for solicitation or commercial purposes of any kind.

5. Dogs or other pets (with the exception of service and Seeing Eye dogs) are not permitted in the Club Facilities, except with the advance permission of the Club. Dogs are permitted to be walked on the grounds during non-peaks hours of operation so long as they do not adversely impact Golf or other Club activities; however, dogs must be on a leash or confined to the golf cart. Members are responsible for any damage caused by an animal owned by the Member or under the Member's control.

6. The use of cellular telephones is limited to specific areas within the golf course, the Clubhouse and other facilities, with the exception of medical emergencies. Cellular telephones may be used in the designated Clubhouse areas where Club telephones are located. Cellular telephones should be placed on vibrate or silent mode both in the Clubhouse and on property.

7. All complaints, criticisms or suggestions of any kind relating to any of the operations of the Club or its employees must be in writing, signed and addressed to the Club's General Manager.

1

8.   Members and their guests may not abuse any of the Club's employees, verbally or otherwise.  All service employees of the Club are under the supervision of the Club's General Manager and no Member or guest shall reprimand or discipline any employee, nor shall a Member request an employee to leave the Club Facilities for any reason.  Any employee not rendering courteous and prompt service should be reported to Club management immediately.

9.   As a general rule, children under the age of sixteen (16) must be accompanied by a parent or other adult member while using the Club Facilities, except as specifically provided herein.  Minors under the age of eighteen (18) are not allowed in the Club locker room facilities or lounge areas at any time unless accompanied by their parent or another adult member.  In addition, the Club retains the right to designate times when accompanied and unaccompanied children may use the any of the Club facilities.

10.   Parking is not permitted within the Club's main courtyard, but rather, in designated spaces of the main parking lot.  Violators may be towed at the owner's expense.

11.   Bicycles, scooters, skateboards, razors and any other motorized vehicles are not permitted on any portion of the Golf Course cart paths or golf property at any time.  Vehicles of this type maybe used to enter and depart the property; however, they are not to be used for purposes of recreation in and around the Clubhouse and parking lot areas while visiting the property.  Vehicles of this type are to be parked specifically in the bike rack parking area at the top right corner of the Club parking lot.  Please do not ride bicycles or other vehicles of this type in the Club's main courtyard.

12.   Violation of any of these rules or conduct in a manner prejudicial to the best interests of the Club will subject the person in violation to disciplinary action by the Club in accordance with these General Club Rules.

13.   In no event shall the Club discriminate against any individual because of the individual's race, color, religion, sex, national origin, age, handicap or marital status.

## GRATUITIES

Cash tipping is not permitted by members of the Club.  For the convenience of all members, a gratuity percentage of eighteen percent (18%) will be added to all food and beverage sales.  Banquets, weddings and other special events will be subject to a gratuity of twenty percent (20%).

## FAMILY USE

Each membership is a family membership.  A member's immediate family will be entitled to use the Club Facilities in accordance with the member's category of membership and the current Rules and Regulations, as amended from time to time.  Members, their spouses, their unmarried children under the age of twenty-three who are living at home, in the military, or attending school on a full-time basis, shall have access to the Club Facilities, subject to the Rules and Regulations of the Club.  Additionally, the Club may, at its sole discretion, allow privileges for family members subject to payment of family fees.

To provide for the utmost playing pleasure for all members, the Club may establish "Member Only playing times."  The immediate family members will have the same golf privileges as the member during all times, except "Member Only playing times."

"Member only playing times," if enacted, shall be posted in the Golf Shop.

2

## GUEST PRIVILEGES

1.   All guests must be accompanied by a member of the Club, or in their absence, an immediate family member while using the Club Facilities, unless permitted otherwise herein. The Club reserves the right to set certain times when a guest may use the Club Facilities without being accompanied by a member, including certain non-accompanied golf guest times and fees.

2.   Each Golf Member, including Corporate Designees, shall have the right to sponsor unaccompanied guests to use the golf facilities. The Club reserves the right to modify this provision in its sole and absolute discretion.

3.   Guests using the Club facilities must be registered with the Club by the sponsoring member. The Club reserves the right to require identification of each guest.

4.   Guests shall be entitled to use the Club Facilities in accordance with the privileges of membership of the sponsoring member.

5.   It is the intention of the Club to accommodate guests without inconvenience to other members, therefore, the Club reserves the right to limit the number of guests that accompany a member on any given day and the number of times a particular guest may use the Club Facilities in any membership year. An individual will be permitted to use the golf facilities as a guest a maximum of six (6) times during each membership year, exclusive of tournaments. Generally, guests are permitted use of the Club on a social basis a maximum of one (1) time per month and twelve (12) times annually, unless otherwise approved in advance by the Club.

6.   As stated above, it is the intention of the Club to accommodate guests without inconvenience to the members, therefore, the Club reserves the right to limit guest privileges, from time to time, including restricting guest playing times. Notice of such limitation shall be determined and communicated by the Club.

7.   The Club shall establish or modify guest fees and charges, from time to time, for use of the Club facilities and services. Guest fees for use of any of the Club's facilities and services shall be charged to the sponsoring member's club account and the member shall be responsible for payment of all such charges, unless otherwise specified and agreed to by the Club.

8.   The sponsoring member is responsible for the appearance and conduct of their guest(s) while at the Club. If the manner, deportment or appearance of any guest is deemed to be unsatisfactory, the sponsoring member shall, at the request of the Club, request and cause such guest to surrender the guest card or guest privileges and depart the Club Facilities.

9.   The Club may deny, withdraw or revoke a guest's privileges at any time for reasons considered sufficient by the Club in its sole and absolute discretion.

## HOUSEGUESTS

1.   Houseguests must be registered by the sponsoring member with the Membership Office, prior to the arrival of the guests. Application forms requesting houseguest privileges may be obtained from the Membership Office. Houseguest privileges will be extended to guests of a member while that guest is residing in a member's residence (Houseguest privileges shall not be extended to lessees of a member's residence). To provide Club privileges for a houseguest, the sponsoring member must initiate the application for a houseguest at least five (5) business days prior to the arrival date of the houseguest.

3

2.    Guest cards for houseguests will be issued for the length of stay, up to a maximum of two (2) weeks.  At the expiration of the Card, renewals of houseguest privileges will be granted at the discretion of the Club.

3.    Houseguests will be entitled to use the Club Facilities only in accordance with the guest privileges of the sponsoring member upon payment of daily fees and other guest charges.

4.    Houseguests are permitted to use the Club Facilities unaccompanied by the member in accordance with the Rules and Regulations adopted by the Club from time to time.

5.    Houseguests will be charged all daily use fees as determined from time to time by the Club.

6.    The sponsoring member does not have to give up membership rights for the period of time the houseguest is in residence.

7.    The houseguest, upon approval of the Club, will be issued temporary identification cards and charge privileges, secured by a credit card.  The houseguest will have the opportunity to pay his or her charges at the Club at the end of his or her stay.  The sponsoring member is to be responsible for all unpaid charges made by his or her houseguests which remain unpaid after the customary billing and collection procedure of the Club.

8.    The Club must be notified of a cancellation at least two (2) days prior to the arrival date of the houseguest.

9.    Houseguests must have their guest card with them at all times while using the Club Facilities.

10.  The Club reserves the right to require identification by each houseguest.

11.  Houseguest privileges may be limited by the Club, from time to time, in the sole and absolute discretion of the Club.  Notice of such limitation will be provided by the Club.

12.  The sponsoring member shall be responsible for the appearance and conduct of a houseguest while at the Club.  If the manner, deportment or appearance of any houseguest is deemed to be unsatisfactory, the sponsoring member shall, at the request of the Club, cause such houseguest to surrender the guest card and leave the premises of the Club.

## HOURS OF PLAY

The hours of Golf Course operation and Golf Shop hours shall be posted in the Golf Shop.  The Golf Shop shall determine when the golf course is available for play.  As a general rule, the Golf Shop shall operate from 8am-7pm during the summer months and 8am-5pm during the winter months.

The Golf Shop shall maintain the responsibility for, in the case of inclement or dangerous weather, closing of the Golf Course as deemed appropriate.

## PROPER GOLF AND CLUB ATTIRE

1.    It is expected that members will dress in a fashion befitting the surroundings, style and atmosphere provided in the setting of the Club.  It is also expected that members will advise their guests of the dress requirements.  The Club may publish additional dress requirements from

4

time to time. Headwear on gentlemen is prohibited inside the Clubhouse. Jeans or denim pants are not permitted inside the main Clubhouse dining or social areas, on the golf course or within the fitness/wellness area. Jeans are permissible when entering and departing the property, and within the private Men's and Ladies lounge and locker room areas.

2.  Proper golf attire is required for all players. Proper attire shall mean the following:

- Men: Golf shirts with collars or golf stylish mock-tees with sleeves, and slacks or Bermuda shorts of mid-thigh length are considered appropriate attire. Tank tops, tee shirts, mesh shirts, sweat pants, warm-up suits, blue jeans, denim, swim wear, short shorts, cut-offs, gym shorts, board shorts, cargo shorts or pants, tennis outfits, athletic shorts and all other shorts or pants with drawstring-waists are not permitted.

- Women: Dresses, skirts, slacks, mid-length shorts and blouses are considered appropriate attire. Halter tops, tee shirts, cut-offs, sweat pants, warm-up suits, blue jeans, swim wear, tennis dresses, short shorts, cut-offs, gym shorts, board shorts, cargo pants, tennis outfits, or other athletic shorts are not permitted.

- Shoes: Appropriate golf shoes are required for all golfers. Football, soccer or other large knobby spike shoes are not allowed. Tennis shoes or other soft sole shoes are subject to the approval of the golf operations staff.

This dress code is mandatory for all players. Inappropriately dressed golfers shall be asked to comply with the dress code prior to playing. If you are in doubt concerning your attire, please check with the Golf Shop prior to starting play.

## PROPER TENNIS ATTIRE

This dress code is mandatory for all tennis players. Proper tennis shoes with non-scuff soles that are approved for use on the tennis courts must be worn. All other sports shoes with colored soles are not permissible on the tennis courts. Tank tops will not be permitted on the courts and proper tennis attire is required at all times. Improperly dressed members and guests shall be asked to change before playing. If you are in doubt concerning your attire, please check with the Tennis Shop before starting play.

## PROPER FITNESS FACILITY ATTIRE

Proper fitness attire is required on all members and guests when visiting the Club's fitness and lap pool area. Tank tops are not permitted on gentlemen and bathing suits are inappropriate attire when using the fitness equipment. Tee shirts, with or without collars, in addition to any workout or athletic sportswear is permitted for both men and women. Appropriate athletic shoes are required inside the fitness area. This dress code is mandatory and those members and guests that are improperly dressed will be required to change prior to their workout. Minors who have reached the age of sixteen (16) years are permitted to use the Fitness-Wellness Center and Adult Lap pool area.

Members and their guests are kindly requested to register at the sign-in area upon arrival at the Fitness Wellness Center prior to completing their activities within the complex. Please do not bring in any personal property training equipment to the area.

OC\392111.3

# SECTION II

## GOLF RULES OF PLAY

As a courtesy and for each golfer's safety, all golfers please check in the Golf Shop prior to commencing play. Additionally, please make appropriate arrangements with the Golf Shop for any accompanied or unaccompanied guest play in accordance with Club policies and procedures.

Please take care to be mindful of your position on the Golf Course with respect to other golfers, and allow faster players to play through when appropriate.

Club rules specify that single golfers and twosomes have no priority over foursomes. For this reason, and to enhance everyone's enjoyment, the golf operations staff will make every attempt to pair up twosomes whenever possible.

Fivesomes are allowed at the discretion of the Golf Shop staff, and require two members in the group, unless otherwise authorized in advance by the Golf Shop. Fivesomes may be requested to split in the event the group is unduly delaying play. During special events and busier periods of play, fivesomes may be restricted from play at the discretion of the Golf Shop staff. Members are required to obtain approval from the Golf Shop prior to playing in a fivesome.

Members are not allowed to start their rounds from the 10th tee without receiving prior approval from the Golf Shop. Groups starting on the 1st tee will always have priority regarding continuation of play on the back nine holes.

Additional golf rules, fees and policies are administrated and directed under the supervision of the Golf Operations staff, which shall have sole discretion over the activities and operation of the Golf Course property. All other golf rules information, including a copy of the Club's Junior Golf Rules and Regulations, can be obtained by contacting the Golf Shop.

The most important ingredient in the success of the Club is its dedicated members who follow proper golf etiquette; appreciate the game's traditions and who exercise good judgment, consideration and mutual respect for each other.

## HANDICAPS

1. Handicaps are computed under the supervision of the Golf Shop in accordance with the current USGA Handicap System.

2. All Members and their guests with a USGA approved handicap may participate in Club tournaments. All handicaps submitted may be reviewed by the Golf Shop.

## LIGHTNING POLICY

All play should cease when lightning or the threat of lightning or other dangerous weather is present. Golf carts are not lightning-proof. You should seek safe shelter immediately.

## RAIN CHECKS

If severely inclement and/or dangerous weather forces an incomplete game, rain checks for guest golf fees may be credited to a member's account.

OC\392111.3

Case: 09-50771    Doc# 249-4    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 28 of 34

## CARE OF THE COURSE

It is the player's responsibility to see that all ball marks, divots, footprints and rake imperfections in bunkers and properly repaired and restored. In addition to standard golf cart etiquette, special care should be taken to keep carts off all approaches to greens. These extend out approximately 75 yards from the edges of the greens and are clearly defined by the pair of white posts indicating return to the cart path.

Please exit green side bunkers at their lowest point or by the steps provided, so sod walls are not disturbed. When exiting the bunkers, please take care to tap any excess sand from the soles of shoes. Use walk ramps to enter and exit all tees. There are many areas of native grasses and vegetation within the Golf Course property, and as such, please keep golf carts out of all natural areas. Golf carts are to be operated on the fairways, roughs or cart paths at all times.

The Golf Shop may implement golf cart rules at its discretion in order to preserve and maintain the condition of the Golf Course. Such rules include, but are not limited to, the "ninety degree rule" and "cart paths only rule". Players are required to remain on golf cart paths, without exception, on all Par 3 holes. Sand/seed bottles are provided on each golf cart to properly fill in and attend to divots.

## GOLF CARTS

Golf carts are restricted to the cart paths when in the vicinity of tees and greens. In addition, all members and guests should familiarize themselves with the cart rules outlined earlier under Care of the Course. Only licensed drivers may operate a golf cart. Junior golfers that do not possess a valid driver's license are permitted to walk the course and carry their bags. The "Hold Harmless" provision found in each member's Membership Agreement applies, among other things, to accidents or injuries involved with golf carts owned by the Club and golf carts that are privately owned. Members are responsible for the proper and safe operation of golf carts by themselves, their guests and any family members.

Golf carts are to be returned to the Golf Shop within 30 minutes of the close of the seasonal Golf Shop hours of operation. Under no circumstances are club golf carts to be operated by members or guests in non-golf areas of the property. Additionally, golf carts are not to be left abandoned on the golf course property or maintained overnight at a member's residence within the Pasadera community. Club golf carts are not to be used for other recreational purposes. Members and guests who fail to comply with all golf cart rules and regulations shall be subject to disciplinary action.

## PRIVATE GOLF CART RULES

1.  Private golf carts are permitted in the Pasadera community subject to these Rules and Regulations established by the Club from time to time. The right to use a private golf cart is a non-transferable and non-assignable personal right. Private golf carts may be used only by individuals who own a home or residence in the Pasadera community.

2.  Private golf carts may be annually reviewed and approved by the Club to comply with the appearance and other standards set forth herein and as may be determined from time to time by the Club. The Club may also require routine maintenance to be performed on privately owned golf carts.

3.  The personalization of private golf carts, such as names, logos or other markings, shall not be permitted. All private golf carts shall be four wheeled, electrically powered, and must conform with the Club's specifications, including:

OC\392111.3

Case: 09-50771    Doc# 249-4    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 29 of 34

- design;
- color;
- model; and
- manufacturer.

4. All golf cart owners agree to comply with the Rules and Regulations established by the Club as they may be amended from time to time.

5. The Club may, in its sole and absolute discretion, offer trail privileges upon payment of a trail fee as determined by the Club from time to time. Trail privileges are for the benefit of the golf cart owner and members of his or her immediate family.

6. All golf cart owners must store their cart in a garage serving their home or in other areas specifically designated by the Board of Directors of the Pasadera Homeowner's Association (the "Association") as golf cart parking areas. No golf cart shall be placed, parked or stored on the lawn or driveway of any residence.

7. All golf cart owners shall be required to sign a release of liability agreeing to hold the Company, the Club, the Association and affiliates harmless as a result of any loss or damage relating to the operation of the golf cart.

8. Each year a resident using a private golf cart shall be required to provide the Club with a certificate of insurance stating that the operation of the golf cart is covered by a liability insurance policy of the resident, with policy limits in such amounts determined by the Club from time to time. The resident shall name as an additional insured on such policy those parties requested by the Club from time to time and shall require that such policy provide that it can only be cancelled upon thirty (30) days prior written notice to the Club.

9. Members using a private golf cart will be held fully responsible for any and all damages caused by the misuse of the golf cart by the member, his or her family or guests, and the member shall reimburse the Club for any and all damages the Club may sustain by reason of misuse, including without limitation, damage to other golf carts and any property of the Club.

10. In the event a golf cart operator is involved in an accident resulting in an injury or property damage, the operator must immediately notify the Association's security house force and the appropriate law enforcement agency.

11. Golf carts belonging to the Club may only be used during daylight hours.

12. Residents using a private golf cart are required to ensure that their private carts are restricted to drivers with a valid driver's license who will operate the cart in a safe, proper manner and in accordance with all governmental regulations.

13. These Rules and Regulations may be amended or expanded, from time to time, at the sole and absolute discretion of the Club.

14. Violations of these Rules and Regulations may result in the revocation of private golf cart privileges.

15. Coolers are not permitted on golf carts for any reason, unless provided by the Club.

## LESSONS

OC\392111.3

Private lessons, playing lessons and video lessons are available by appointment from the Club's golf professionals. Members should contact the Golf Shop for information on rates, schedules and times.

## PRACTICE RANGE

1. The practice area hours of operation shall be determined by the Golf Shop, based on seasonality and normal maintenance practices for the practice area itself.

2. Range balls are for use on the practice range. Range balls may not be used on the golf course. Individuals in violation of this rule are subject to fines and/or loss of golf privileges.

3. Golf carts are not permitted on any practice tee area. Parking of golf carts is allowed only in designated areas.

4. Balls must be hit from designated areas. No hitting is permitted from the rough or sides of the practice range.

5. Proper golf attire is required at all times on the practice range.

6. Handbag ball shaggers are not permitted.

## GENERAL TENNIS RULES

1. The Rules of Tennis of the USTA shall apply at all times, except when in conflict with the Club Rules and Regulations or with any of the rules herein.

2. Court reservations may be made by contacting or visiting the Tennis Shop. No standing reservations will be accepted. The Tennis Complex hours of operation are from 7am until dusk Tuesday-Sunday.

3. All players must check in and register at the Tennis Shop ten minutes prior to their court time.

4. At the end of their playing period, players should promptly relinquish their court to any players waiting for a reservation.

5. Proper tennis etiquette should be observed at all times. Excessive noise, racquet throwing or outbursts are not permitted at any time. Please deposit trash and other litter in the proper receptacles. Please assist in the maintenance of the courts and surrounding areas.

6. Skateboards, bicycles, rollerblades, razors and other types of play equipment are not permitted on the tennis courts. A basketball hoop is available for use when the rear tennis court is not being used for regular tennis play.

7. Use of the tennis courts shall be subject to the control of the Tennis Shop at all times. The Tennis Shop shall determine the suitability of the courts for play. Courts will be closed when necessary for maintenance operations, when dictated by safety considerations, or under adverse weather conditions. The Tennis Shop may reserve the courts for special clinics and events.

## GENERAL POOL RULES

OC\392111.3

Case: 09-50771    Doc# 249-4    Filed: 07/20/10    Entered: 07/20/10 12:47:42    Page 31 of 34

1. Use of the pool at any time is at the swimmer's own risk. Any injuries or accidents should be reported to the Tennis Director or the Manager on Duty immediately.

2. Children ten (10) years and younger must be accompanied by an adult.

3. Children who cannot swim must be accompanied by a parent or guardian at all times while in any of the pool areas.

4. Children must be three years of age and toilet trained to use the family pool or the children's pool. Children wearing diapers are not permitted in the pool.

5. Swimming is permitted only during designated hours. Daily pool hours of operation are generally from 10am-6:30pm during the season, weather permitting. The pool is officially closed when a "CLOSED" sign is posted. The pool may also be closed during certain hours of operation at the discretion of staff.

6. Running, ball playing and hazardous activity are not permitted in the pool area. Pushing, dunking and dangerous games are prohibited.

7. Diving is not permitted unless otherwise indicated at the pool.

8. Food and beverages are allowed only in designated areas of the swimming facilities.

9. All persons using the pool area are urged to cooperate in keeping the area clean by properly disposing of towels, cans, cigarettes, trash, etc.

10. Children under the age of eight (8) are not permitted in the hot spa. Warm temperatures for a prolonged period may be considered dangerous to young children.

## SECTION III

MEMBERSHIP ACCOUNT

1. Member's dues, fees and other charges shall be billed directly to their club account, as provided for in the Membership Agreement. Such charges will be billed on a monthly basis and members will receive a written statement of their charges.

2. All food, beverage, merchandise and services charged to the member's club account shall be billed monthly. Each member's club account shall be due and payable within thirty (30) days of the monthly statement.

3. Any member's club account which is not paid within thirty (30) days after the date of the monthly statement shall be considered to be delinquent and subject to the accrual of late and/or interest charges.

4. If the club account of any member is delinquent, the Club may at its option take whatever action it deems necessary to insure collection. If the Club commences any legal action to collect any amount owed by a member, or to enforce any other liability of a member to the Club, and if judgment is obtained by the Club, the member shall also be liable for all costs and expenses of the legal action and reasonable attorneys' fees (including fees required in connection with appellate proceedings).

OC\392111.3

5. The Club may establish a one-time late charge for any delinquent account, which will be added to the member's next monthly statement. Past due bills will also accrue interest per month at the maximum rate permitted by law from the date of the statement until paid in full.

6. In the event a member's account remains unpaid for a period of sixty (60) days after the date of the monthly statement, membership privileges may be suspended or terminated until the amount owed to the Club is paid in full.

## MAILING ADDRESSES

1. Each member shall be responsible for filing with the Membership Office, in writing and on a form provided by the Club, the mailing address and any changes thereto, to which the member wishes all notices and invoices to be sent to the member.

2. A member shall be deemed to have received mailings from the Club ten (10) days after they have been mailed to the address on file with the Membership Office.

3. In the absence of an address filing with the Membership Office, any Club mailing may, with the same effect as described above, be addressed as the Club office may think is most likely to cause its prompt delivery.

## LOSS OR DESTRUCTION OF PROPERTY
## OR INSTANCES OF PERSONAL INJURY

1. Each member, as a condition of membership, and each guest, as a condition of invitation to use the Club Facilities, assumes sole responsibility for their personal property. The Club shall not be responsible for any loss or damage to any personal property used or stored on the Club Facilities.

2. Each member of the Club shall be liable for any property damage and/or personal injury at the Club, or at any activity or function operated, organized, arranged or sponsored by the Club, caused by the member, or his family or guests, the cost of which shall be charged to the member's club account.

3. Each member shall hold the Club, the Partnership and their directors, officers, employees, representatives and agents harmless from any and all loss, cost, claim, injury, damage or liability sustained or incurred by the member, resulting there from and/or from any act or omission of any such persons, including any such loss, cost, claim, injury, damage or liability sustained or incurred by his family or guests.

## RESIGNATION, SUSPENSION AND
## TERMINATION OF MEMBERSHIP PRIVILEGES

1. A member may resign membership in the Club by providing the Club office with written notice of his/her resignation. Notwithstanding any resignation, suspension or termination of membership, the member and the member's spouse shall remain liable for any amounts unpaid on the member's club account, dues and other fees.

2. A membership may be suspended or terminated by the Club if, in the sole and absolute judgment of the Club, the member:

11

a. fails to meet eligibility for membership;

b. submits false information on the Application for Membership or Membership Acknowledgment Form or for guest privileges;

c. permits the use of the membership card or club account by anyone other than the member or his family;

d. exhibits unsatisfactory behavior, deportment or appearance;

e. fails to pay any amount owed to the Club in a proper and timely manner;

f. fails to abide by these General Club Rules;

g. treats fellow members, personnel or employees of the Club in an unreasonable, abusive or confrontational manner;

h. fails to accompany a guest when using the Club Facilities; or

i. fails in or refrains from any conduct or obligation which the Club determines to be appropriate for suspension or termination of membership privileges.

3. The Club may at any time restrict or suspend a member's privileges to use any or all of the Club Facilities for any of the causes described above. Any member accused of improper conduct shall be notified of the Club's proposed disciplinary action and shall be given an opportunity to be heard by the Club to show reason why he or she should not be disciplined. If such member desires to be heard, the Club shall set a time and date (not less than ten (10) days thereafter) for a hearing. While such complaint is being considered by the Club, the member shall enjoy the privileges of the Club. Notwithstanding the foregoing, the Club may, without a hearing, immediately suspend some or all privileges associated with a membership and/or, after notice, terminate a member for failure to pay in a proper and timely manner dues, fees or any other amounts owed to the Club. No such member shall on account of any such restriction or suspension is entitled to any refund of dues or any other fees. During the restriction or period of suspension, dues and other charges shall continue to accrue and shall be paid in full prior to reinstatement as a member in good standing.

4. Any membership, which has been terminated hereunder, shall be treated as a resigned membership unless otherwise reinstated or reactivated at the sole discretion of Club Management and/or Ownership.

5. Any member of the Club, who has had membership privileges suspended or terminated for any reason other than the failure to meet eligibility for membership, may be eligible for reinstatement for membership or permitted to use the Club Facilities at the sole and absolute discretion of the Club.

12