JOHN WALSHE MURRAY (074823)
JENNY L. FOUNTAIN (226241)
LAURENT CHEN (191661)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: jlfountain@murraylaw.com
Email: lchen@murraylaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**PASADERA COUNTRY CLUB, LLC**<br>A California Limited Liability Company<br><br>Debtor.<br><br>100 Pasadera Drive<br>Monterey, CA 93940<br><br>Employer Tax I.D. No.: 77-0498396 | Case No. 09-50771-CN<br><br>Chapter 11 |

EXHIBIT "D"

TO

DEBTOR'S PLAN OF LIQUIDATION
(DATED JULY 20, 2010)

| | | | | |
|---|---|---|---|---|
| Ecolab, Inc. | Ecolab Center | St. Paul, MN 55102 | | Rental Agreement |
| Luis Dos Reis | 560 Forest Avenue | Pacific Grove, CA 93950 | | Independent Contract Agreement |
| Christy Patton Taylor | 103 Robley Road | Corral De Tierra, CA 93908 | | Independent Contract Agreement |
| John Deere Credit, Inc. | P.O. Box 6600 | Johnston, IL 50131-6600 | | Equipment Lease 4720 Compact Tractor 001-0065586-000 |
| Wells Fargo Financial Leasing | MAC F4045-050 | 400 Locust Street, 5th Floor | DesMoines, IA 50309 | Equipment Lease TyCorp TD460 Top Dresser 019-0000323 |
| Wells Fargo Financial Leasing | P.O. Box 14546 | Des Moines, IA 50306 | | Equipment Lease Lastec 3682 Articulated Rough Mower 019-0000323-001 |
| GE Capital Corporation | 300 Lakeside Dr., Suite 200N | Bannockburn, IL 60015-0828 | | Equipment Lease Toro Pro Sweep 4278440-002 |
| GE Capital Corporation | P.O. Box 828 | Deerfield, IL 60015 | | Equipment Lease 8 Toro Workman 2110 4278440-002 |
| GE Capital Corporation | P.O. Box 802585 | Chicago, IL 60680-2585 | | Equipment Lease Toro Reelmaster 4278440-002 |
| GE Capital Corporation | P.O. Box 802585 | Chicago, IL 60680-2585 | | Equipment Lease Toro Workman 3200 4278440-002 |
| GE Capital Corporation | P.O. Box 802585 | Chicago, IL 60680-2585 | | Equipment Lease Toro RM3100D w/Sidewinder 4278440-002 |
| GE Capital Corporation | P.O. Box 802585 | Chicago, IL 60680-2585 | | Equipment Lease Toro GR3150 4278440-002 |
| GE Capital Corporation | P.O. Box 802585 | Chicago, IL 60680-2585 | | Equipment Lease ProCore Aerator 4278440-002 |
| GE Capital Corporation | P.O. Box 802585 | Chicago, IL 60680-2585 | | Equipment Lease 6 Kawa 6.5 HP Mowers 4278440-002 |
| U S Express Leasing, Inc. | 300 Lanidex Plaza | Parsippany, NJ 07054 | | Equipment Lease Ricoh Aflcio MP4000 SPF Copier 40446395 |
| GE Capital Corporation | Attn: DF Contracts | 1961 Hirst Drive | Moberly, MO 65270 | Equipment Lease Toro Workman 3200Turf II 2 Toro GR3150 8326225-003 |
| GE Capital Corporation | P.O. Box 802585 | Chicago, IL 60680-2585 | | Equipment Lease Procore 648 w/Attachments 8326225-002 |
| GE Capital Corporation | P.O. Box 802585 | Chicago, IL 60680-2585 | | Equipment Lease ProCore Aerator 4278440-003 |
| GE Capital Corporation | P.O. Box 802585 | Chicago, IL 60680-2585 | | Equipment Lease Workman 4300 Diesel & Attachments, 2 Greenmast GR3150's (triplex mowers) w/cutters, Sandpro 5040 (bunker rake), Reelmaster 2000D Mower, 2WD w/Attachments, RM3100D Sidewinder (triplex mower w/Attach 8326225-001 |
| Parks Foundation of Monterey Cou | P.O. Box 4864 | Salinas, CA 93912-4864 | | Lease Agreement |
| Fireman's Fund Insurance Co. | P.O. Box 7166 | Pasadena, CA 91109 | | Insurance Lease Agreements Certificate Nos. 570028794433; 5700287994431 |