JOHN WALSHE MURRAY (074823)
JENNY L. FOUNTAIN (226241)
LAURENT CHEN (191661)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: jlfountain@murraylaw.com
Email: lchen@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**PASADERA COUNTRY CLUB, LLC**<br>A California Limited Liability Company<br><br>Debtor.<br><br>100 Pasadera Drive<br>Monterey, CA 93940<br><br>Employer Tax I.D. No.: 77-0498396 | Case No. 09-50771-CN<br><br>Chapter 11 |

### EXHIBIT "E"

### To

### DEBTOR'S PLAN OF LIQUIDATION
### (DATED JULY 20, 2010)

**EXHIBIT E To Debtor's Plan of Liquidation (Dated July 20, 2010).**
**List of Executory Contracts and Unexpired Leases to be Rejected Pursuant to Plan**

| Name | Address 1 | Address 2 | Description |
|---|---|---|---|
| Textron Financial Corp | P.O. Box 81004 | Woburn, MA 01813 | Equipment Lease 70 EZ-Go RXV E Carts 1027561 Equipment Lease Master Lease Agreement Schedule No. 1023162 |
| Textron Business Services | Dept. AT 40219 | Atlanta, GA 31192-0219 | Equipment Lease 1 2008 EZ-GO 4X4 Utility Range Picker 64820-20 |
| Alan and Cynthia Ruby | 14205 Squirrel Hollow Lane | Saratoga CA 95070 | Club Membership |
| Alan and Norma Huey | 300 Belladera Court | Monterey, CA 93940 | Club Membership |
| Alan and Patty Hath | P.O.Box 745 | Pebble Beach, CA 93953-0745 | Club Membership |
| Alfred Oliverio | 1 West Edith Avenue # C211 | Los Altos, CA 94022 | Club Membership |
| Americo DiPietro | 6650 Aston Circle | Sparks, NV 89436 | Club Membership |
| Andrew and Carol Swartz | 308 Pasadera Court | Monterey, CA 93940 | Club Membership |
| Andrew and Shelley Nichols | 11862 Saddle Road | Monterey CA 93940 | Club Membership |
| Andrew and Victoria Ausonio | 1531 Manor Rd | Monterey, CA 93940 | Club Membership |
| Andrew and Elizabeth Axel | 307 Forest Road | Davenport, IA 52804 | Club Membership |
| Anne R. Fitzpatrick | 537 Corral de Tierra Road | Salinas, CA 93908 | Club Membership |
| Anthoni and Gina Filice | 22380 Ortega Dr. | Salinas, CA 93908 | Club Membership |
| Arthur and Jaci Gilman | 307 Pasadera Court | Monterey, CA 93940 | Club Membership |
| Arthur and Joy Jacobs | 25432 Quail Summit | Monterey CA 93940 | Club Membership |
| Barney and Margaret Belleci | P.O. Box 221399 | Carmel, CA 93922 | Club Membership |
| Barry J. and Sondra Cohen | 108 Mirasol Court | Monterey, CA 93940 | Club Membership |
| Bill and Debbie Mark Duffy | 925 South Daniel Way | San Jose CA 95128 | Club Membership |
| Bill and Judy Boehner | 399 Estancia Court | Monterey, CA 93940 | Club Membership |
| Bill and Roxana Keland | 545 Corral de Tierra | Salinas CA 93908 | Club Membership |
| Bill and Shawn Ebert | 1915 Lilac Lane | Morgan Hill, CA 95037 | Club Membership |
| Bill and Tisha Scurich | 545 Poppy Hill Road | Corralitos CA 95076 | Club Membership |

| Name | Address | City, State ZIP | Type |
|---|---|---|---|
| William and Mary Deakyne, Sr. | 102 Via Del Milagro | Monterey, CA 93940 | Club Membership |
| Bob and Donna Holmes | 900 Polo Club Drive | Austin, Tx 78737 | Club Membership |
| Bob and Heather Sinclair | 1383 Vancouver Avenue | Burlingame, CA 94010 | Club Membership |
| Bob and Peggy Alspaugh | P.O.Box S 3192 | Carmel, CA 93921 | Club Membership |
| Bob and Sara Erickson | 1371 Aster Lane | Cupertino CA 95014 | Club Membership |
| Bob Boeke | 38 Del Mesa | Carmel, CA 93923 | Club Membership |
| Kevin Brehmer and Takayo Horik | 703 Boardwalk Place | Redwood City, CA 94065-1802 | Club Membership |
| Brian and Melinda Dunn | 140 Redwood Drive | Hillsborough, CA 94010 | Club Membership |
| Brian Fujiwara | 3114 Lake Washington Blvd North | Renton WA 98056 | Club Membership |
| Bruce and Ann Elworthy | 1001 Pioneer Road | Sheridan, WY 82801 | Club Membership |
| Bruno and Diana Sala | 25395 Boots Road | Monterey, CA 93940 | Club Membership |
| Carl and Carole Boyett | 601 McHenry Ave. | Modesto, CA 95350 | Club Membership |
| Carlos and Sheila Camacho | 26156 Paseo del Sur | Monterey, CA 93940 | Club Membership |
| Carolyn Mountford | 13690 Tierra Spur | Salinas, Ca 93908 | Club Membership |
| Charles and Anna Eckstein | 25580 Boots Road | Monterey CA 93940 | Club Membership |
| Charles and Colleen Prince | 226 Madera Ct. | Monterey, CA 93940 | Club Membership |
| Charles and Diane Lang | 152 Hillview Way | La Selva Beach CA 95076 | Club Membership |
| Charlie and Deborah Kosmont | 220 Madera Court | Monterey, CA 93940 | Club Membership |
| Cheryl Savage | 1770 N. Main | Salinas, Ca 93901 | Club Membership |
| Chris and Betty Arcoleo | 6 Via Paraiso | Monterey, CA 93940 | Club Membership |
| Chris and Theresa Laver | 59 Guerrero Ave | Half Moon Bay CA 94019 | Club Membership |
| Chris Ensign | 41711 N. Pinion Hills Ct. | Anthem, AZ 85086 | Club Membership |
| Chris Sullivan | 96 Martinique Avenue | Tampa, FL. 33606 | Club Membership |
| Chris Waters and Susan Santy | P.O. Box 6435 | Carmel, CA 93921 | Club Membership |
| Hannah Comiskey | 19324 Monte Vista Drive | Saratoga, CA 95070 | Club Membership |
| Cordell Hull | 400 Oyster Point Blvd. Ste 540 | So. San Francisco, CA 94080 | Club Membership |
| Craig and Bradone Fisher | 60653 River Bend Drive | Bend, OR 97702 | Club Membership |
| Craig and Ingrid Powell | 505 Via Del Castillo | Monterey, CA 93940 | Club Membership |
| Craig and Melody Young | 4100 Auto Plaza Drive | Capitola, CA 95010 | Club Membership |
| Gayle Crowell and Curtis Berger | 2630 Vitoria Court | Reno, NV 89451 | Club Membership |
| Curt and Julie Breitfuss | 405 Estancia Court | Monterey, CA 93921 | Club Membership |
| Dale and Deborah Tills | 1100 Alta Mesa Road | Monterey, CA 93940 | Club Membership |
| Dan Reimer | 7625 E. Larkspur Drive | Scottsdale, AZ 85260 | Club Membership |
| Daniel and Jayme Gray | 600 Poppy Ave. | Patterson, CA 95363 | Club Membership |
| Daniel and Kimberly Grover | 642 Cliff Drive | Rio Del Mar, CA 95003 | Club Membership |
| Daniel and Renee Luba | 900 La Terraza Court | Monterey, CA 93940 | Club Membership |

| Name | Address | City/State/Zip | Type |
|---|---|---|---|
| Daniel W. and Carol Dobberpuhl | 491 Middle Court | Menlo Park, CA 94025 | Club Membership |
| Dr. Daria Maldonado Knapp | 9781 Blue Lakespur | Monterey, CA 93940 | Club Membership |
| Dave and Susan Marsh | 13163 Paramount Drive | Saratoga CA 95070 | Club Membership |
| David and Lisa Parker | 210 Mirasol Way | Monterey, CA 93940 | Club Membership |
| David and Amiee Steven | 25871 Paseo Real | Monterey, CA 93940-6644 | Club Membership |
| David and Angela Nilsen | 122 Via Del Milagro | Monterey, CA 93940 | Club Membership |
| David and Cheryl Jensen | 6297 Crooked Stick Circle | Stockton, CA 95219 | Club Membership |
| David and Geneva Obertello | 807 Tesoro Court | Monterey, CA 93940 | Club Membership |
| David and Michele J Tsiang | 1836 Camino De Los Robles | Menlo Park, CA 94025 | Club Membership |
| David and Pam Christianson | 202 Madera Court | Monterey, CA 93940 | Club Membership |
| David and Sue Milligan | 801 Interlaken Lane | Libertyville IL 60048 | Club Membership |
| Dean Ishii | 801 Tesoro Court | Monterey, CA 93940 | Club Membership |
| Denis and Claire Horn | 25390 Quail Summit | Monterey CA 93940 | Club Membership |
| Dick and Carol Habermann | 56 Brimmer Street | Boston MA 02108 | Club Membership |
| Dick and Lorraine Hughes | 229 Madera Ct. | Monterey, CA 93940 | Club Membership |
| Dirk and Deborah Etienne | 7 Southview Lane | Carmel Valley, CA 93924 | Club Membership |
| Dolores Velcoff | 216 Madera Ct. | Monterey, CA 93940 | Club Membership |
| Don L. and Candy Dormer | P.O. Box 267 | Pebble Beach, CA 93953 | Club Membership |
| Donald and Alice Brown | 442 Lowell Ave | Palo Alto, CA 94301 | Club Membership |
| Donald and Diane Meininger | 38 Ave Maria Road | Monterey, CA 93940 | Club Membership |
| Donald and Dorothy Belville | 111 Via Del Milagro | Monterey, CA 93940 | Club Membership |
| Donald and Janet Reilly | 405 Estrella D'Oro | Monterey, CA 93940 | Club Membership |
| Donna Adams | 108 Las Brisas Dr. | Monterey, CA 93940 | Club Membership |
| Doug and Ann Dusenbury | P.O. Box 3264 | Monterey, CA 93942 | Club Membership |
| Doug and Kay Ralston | 19905 Sunset Drive | Saratoga CA 95132 | Club Membership |
| Dr. Cary and Joyce Gota | 1531 N. Columbus Avenue | Glendale CA 91202-1202 | Club Membership |
| Dr. Jeff and Cheryl Daughenbaugh | 780 E. Romie Lane, Suite E | Salinas, CA 93901 | Club Membership |
| Dr. Larry and Magna Barcelo | 401 Estancia Court | Monterey, CA 93942 | Club Membership |
| Dr. Nick and Aline Harris | 906 La Terraza Ct | Monterey, CA 93940 | Club Membership |
| Frank Ducato and Terry Fleming Ducato | P.O. Box 507 | Salinas, CA 93902 | |
| Ed and Bertha Fitzpatrick | | | Club Membership |
| Ed and Carolyn Pereira | Coliseum Lexus | P.O. Box 14267 | Club Membership |
| Ed Holden and Mary Kay Finley | 404 Mirador Court | Monterey, CA 93940 | Club Membership |
| Ed and Bertha Fitzpatrick | 1428 Manor Rd | Monterey, CA 93940 | Club Membership |
| | P.O.Box 14267 | Oakland, CA 94614 | Club Membership |

| Name | Address | City, State ZIP | Type |
|---|---|---|---|
| Luis E. Valencia | P.O. Box 625 | Pebble Beach, CA 93953 | Club Membership |
| Edward and Darlyne Hoyt | P.O. Box 339 | Pebble Beach, CA 93953-0339 | Club Membership |
| Edward and Susan McVey | 93 Plaza de las Flores | San Juna Capistrano, CA 92675 | Club Membership |
| Edward and Vicki Gularte | 12660 Corte Cordillera | Salinas, CA 93908 | Club Membership |
| Erwin and Elaine Lenowitz | 421 Estella d'Oro | Monterey, CA 93940 | Club Membership |
| Eugene B. and Ann Morosoli | 417 Mirador Court | Monterey, CA 93940 | Club Membership |
| Eugene Rogers | P.O.Box 2287 | Palm Springs, CA 92263 | Club Membership |
| Evelyn Griffiths | 5000 Mission Oaks Blvd. #55 | Austin, TX 78735 | Club Membership |
| Finis and Julie Conner | P. O. Box S  Pmb 3115 | Carmel, CA 93921 | Club Membership |
| Henry Finkle | P.O.Box 461 | Carmel, CA 93921 | Club Membership |
| James and Karen Flagg | 302 Belladera Court | Monterey, CA 93940 | Club Membership |
| Frank Chiu | 281 Central Avenue | Pacific Grove CA 93950 | Club Membership |
| Fred and Margaret Goldsmith | 27 Deer Forest Drive | Monterey, CA 93940 | Club Membership |
| Fred and Melody Williams | 27825 Crown Point Drive | Salinas, CA 93906 | Club Membership |
| Frederick and Loy Beaubien | 1335 Hoover Street | Menlo Park, CA 94025 | Club Membership |
| Brian Fujiwara | 3114 Lake Washington Blvd N. | Renton, WA 98056 | Club Membership |
| G.Russell and Lucile Wiley | 212 Madera Court | Monterey, CA 93940 | Club Membership |
| Gail Sonn | 142 Diego Lane | Tracy, CA 95377 | Club Membership |
| Garrett and Ida Rajkovich | 6475 Camden Avenue Ste 202 | San Jose, CA 95120 | Club Membership |
| Gary and Barbara Chester | 2633 W. Lake Van Ness Circle | Fresno, CA 93711 | Club Membership |
| Gary and Ingrid Brant | 8720 River Meadow Road | Carmel, CA 93923 | Club Membership |
| Gary and Jeanette Kihs | 26184 Legends Ct | Salinas, CA 93908 | Club Membership |
| Gary and Jill Foss | 69 Spanish Bay Circle | Pebble Beach, CA 93953 | Club Membership |
| Gary and Joyce Burnett | 399 Oso d' Oro Ct. | Monterey,CA 93940 | Club Membership |
| Gary G. Perry | 2251 Fair Oaks Blvd., Ste 200 | Sacramento, CA 95825 | Club Membership |
| Gaylon and Sharon Haney | P.O.Box 969 | Salinas CA 93902 | Club Membership |
| Gerald and Mrs. Nancee Ludden | 1847 Newell Ave. | Walnut Creek, CA 94595 | Club Membership |
| Gina Hofman | PO Box 1096 | Pebble Beach, CA 93953 | Club Membership |
| Glenn and Kath Uyeda Cordingley | 112 Verona Ct. | Los Gatos, CA 95030 | Club Membership |
| Grant and Melanie Rosen | 50 San Benancio Rd. | Salinas, CA 93908 | Club Membership |
| Greg and Holly Tell | Attn: Mr. Tom Maher | Monterey, CA 93940 | Club Membership |
| Greg and Karen Cary | 1175 South Stelling Rd. | Cupertino,CA 92014 | Club Membership |
| Greg and Linda Stroh | 415 Mirador Court | Monterey, Ca 93940 | Club Membership |
| Hal Lauth | 5466 Hilltop Crescent | Oakland, CA 94618 | Club Membership |
| Harry and Sunny Kohn | 3892 Ronda Rd. | Pebble Beach, CA 93953 | Club Membership |
| Rick Hartbrodt and Debbie Brewer | 11431 Saddle Road | Monterey, CA 93940 | Club Membership |

| Name | Address | City/State/Zip | Type |
|---|---|---|---|
| Harvey and Harwinder Dadwal | 405 Mirador Ct. | Monterey, CA 93940 | Club Membership |
| William and Hillis Phelps | 25499 John Steinbeck Trail | Salinas, CA 93908 | Club Membership |
| Hisham and Lamya Alireza | P.O.Box 1764 | Pebble Beach, CA 93953-1764 | Club Membership |
| Howard and Diana Nichols | 2 Mt.Devon Rd. | Carmel, CA 93923 | Club Membership |
| Howard Arnaiz | P.O. Box 1107 | Pebble Beach, CA 93953 | Club Membership |
| Hugh H. Connerty | STOKES & CO | 4315 Pablo Court Suite 1 | Club Membership |
| Iris Harrell and Ann Benson | # 5 Sunhill Street | Portola Valley CA 94028 | Club Membership |
| Jack and Dianne Adleta | 1645 Diplomat | Carrollton, Texas 75006 | Club Membership |
| Jacob F. and Nancy A Vigil | 407 Mirador Ct. | Monterey, CA 93940 | Club Membership |
| James and Cyr-Ann Castle | 3800 Genista Way | Carmel, CA 93923 | Club Membership |
| James and Donna Champion | 403 Mirador Ct. | Monterey, CA 93940 | Club Membership |
| James and Marcia Koford | 11538 Saddle Rd. | Monterey, CA 93940 | Club Membership |
| James and Jennifer Leamey | 13685 Tierra Spur | Corral De Tierra, CA 93908 | Club Membership |
| James and Margo Tann | 166 Manzanita Way | Salinas, CA 93908 | Club Membership |
| James and Nina Patane Gumberg | 13535 Pasco Terrano | Salinas, CA 93908 | Club Membership |
| James and Sharon Swallow | P.O. Box 4975 | Carmel, CA 93921 | Club Membership |
| James and Susan Culcasi | 23707 Determine Lane | Monterey, CA 93940 | Club Membership |
| James Ticehurst | 137 Calle de Los Agrinemsurs | Carmel Valley, CA 93924 | Club Membership |
| James Tuttle | 1500 Mark Thomas Drive | Monterey, CA 93940 | Club Membership |
| Jane Tschannel | 81 Robley Rd. | Salinas CA 93908 | Club Membership |
| Jason and Heather Fuller | 17617 River Run Rd. | Salinas, CA 93908 | Club Membership |
| Jay and Dr.Michelle Johansen | 109 Via Del Milagro | Monterey, CA 93940 | Club Membership |
| Jeff and Kelly Davi | 25224 Casiano Drive | Corral De Tierra, CA 93908 | Club Membership |
| Jeff and Sue Gilles | 25520 Meadowview Circle | Salinas, CA 93908 | Club Membership |
| Jeff and Susan Larson | 702 Tesoro Rd. | Monterey, CA 93940 | Club Membership |
| Jeffery and Debbie Meeks | 13100 Corte De Encante | Salinas, CA 93908 | Club Membership |
| Jeffrey and Juliann Berman | 508 Nimitz Avenue | Redwood City, CA 94061 | Club Membership |
| Dr. Jennifer Wynn | 110 Via Del Milagro | Monterey, CA 93940 | Club Membership |
| Jerry and Betty Harbert | 28093 Barn Way | Carmel, CA 93923 | Club Membership |
| Jerry and Esta Holden | P.O. Box 4971 | Carmel CA 93921 | Club Membership |
| Jim and Angela Russo | 3850 Rio Road #22 | Carmel, CA 93923 | Club Membership |
| Jim and June Hanlon | 403 Estancia Ct. | Monterey, CA 93940 | Club Membership |
| Jim and Nancy Johnston | 3617 Eastside Highway | Stevensville, MT 59870 | Club Membership |
| Jim Jr. and Kathy Russo | 803 Tesoro Court | Monterey, CA 93940 | Club Membership |
| Jim Somerville | P.O. Box 881630 | Steamboat Springs, CO 80488 | Club Membership |

Case: 09-50771   Doc# 249-6   Filed: 07/20/10   Entered: 07/20/10 12:47:42   Page 6 of 13

| Name | Address | City/State | Type |
|---|---|---|---|
| Jim Sr. and Rosemarie Russo | 104 Mirasol Ct. | Monterey, CA 93940 | Club Membership |
| Jimmy and Diane Lee | 26265 Paseo Del Sur | Monterey CA 93940 | Club Membership |
| Joan Ward | 431 Stephen Rd. | San Mateo, CA 94403 | Club Membership |
| Joe and Diane Rossi | 24600 Paseo Privado | Salinas, CA 93908-9174 | Club Membership |
| Joe and Jeanette Cardinale | 323 Pasadera Court | Monterey, CA 93940 | Club Membership |
| Joel and Lisa Knight | 9825 Blue Larkspur Lane | Monterey CA 93940 | Club Membership |
| Johan and Jolynn Johnsson | 707 Tesoro Rd | Monterey, CA 93940 | Club Membership |
| John and Carol A. Goldman | 24542 Rimrock Canyon Rd. | Salinas, CA 93908 | Club Membership |
| John and Carol Stornetta | 103 El Torneo Ct. | Monterey, CA 93940 | Club Membership |
| John and Catherine Poma | 212 Herrman Drive | Monterey, CA 93940 | Club Membership |
| John and Cindy Nicoletti | P. O. Box 548 | Dos Palos, CA 93620 | Club Membership |
| John and Dorothy Crivello | P.O.Box 3311 | Monterey, CA 93942-3311 | Club Membership |
| John and Kathe Dyson | Milbrook Capital Mgmt. | 1370 6th Avenue 25th Floor | Club Membership |
| John and Lelia Haller | 320 Pasadera Court | Monterey, CA 93940 | Club Membership |
| John and Michelle Balestreri | 22770 Bravo Court | Salinas, CA 93908 | Club Membership |
| John and Judy Mortenson | 116 Las Brisas | Monterey, CA 93940 | Club Membership |
| John and Suzanne Vuko | 2 Bergesen Court | Atherton CA 94027 | Club Membership |
| Mr. John Pace | 29705 N. 141st Place | Scottsdale, AZ 85262 | Club Membership |
| John V. and Bonnie Molinari | 13270 Corte Lindo | Salinas, CA 93908- 9310 | Club Membership |
| John Wheeler | P O Box 1090 | Salinas, CA 93902 | Club Membership |
| Jon and Pamela Erlandson | 52 Alta Mesa Circle | Monterey, CA 93940 | Club Membership |
| Joseph B. Bronson | 6838 Rockview Ct. | San Jose, CA 95120 | Club Membership |
| Josh Tanzer | 17711 Revello Dr. | Pacific Palisades, CA 90272-4166 | Club Membership |
| Judy Jordan | P.O. Box 4224 | Incline Village, NV 89450 | Club Membership |
| Karin Myrin | P.O. Box 798 | Pebble Beach, CA 93953 | Club Membership |
| Keith and Sharyn Kolerus | 10115 E.Cavedale Dr. | Scottsdale, AZ 85262 | Club Membership |
| Robert and Renee Kelly | 3102 Flavin Lane | Pebble Beach CA 93953 | Club Membership |
| Kelly and Jennifer Kasper | 231 Madera Court | Monterey, CA 93940 | Club Membership |
| Ken and Connie Ward | 200 Evangeline Drive | Mandeville, LA 70471 | Club Membership |
| Ken and Marianne Lamneck | 4419 Bayshore Blvd.NE | Saint Petersburg, FL 33703 | Club Membership |
| Ken and Sally Holbrook | 407 Estrella d'Oro | Monterey, CA 93940 | Club Membership |
| Ken and Susan Freeland Schley | 500 Estrella D'Oro | Monterey, CA 93940 | Club Membership |
| Ken Smith | 15 Champions Court | Wichita Falls, Texas 76302 | Club Membership |
| Kenneth and Shelley Kroopf | 216 Mirasol Way | Monterey, CA 93940 | Club Membership |

| Name | Address | City/State/Zip | Type |
|---|---|---|---|
| Kenneth Ward | 200 Evangeline Drive | Mandeville, LA 70471 | Club Membership |
| Kerry and Patricia Stainbrook | 123 Las Brisas | Monterey, CA 93940 | Club Membership |
| Kevin and Deirdre McQuillan | 525 University Ave, Suite 1400 | Palo Alto, CA 94301 | Club Membership |
| Kurt and Sue Jaggers | 2 Blue Oaks Ct | Portola Valley, CA 94028 | Club Membership |
| Landon and Suzette Hofman | P.O. Box 355 | Pebble Beach, CA 93953 | Club Membership |
| Lane and Sheryl Nonnenberg | 5 Sunrise Court | Menlo Park CA 94025 | Club Membership |
| Lawrence and Cecilia Chazen | P.O. Box 3758 | Carmel CA 93921 | Club Membership |
| Lee and Catherine Evans | Kobrinsky Group | 295 Main Street, Suite 500 | Club Membership |
| Leonard and Phyllis Hughes | 106 Las Brisas Dr. | Monterey, CA 93940 | Club Membership |
| Loren and Mary Bollinger | 701 E. Serena Ave. | Fresno CA 93720 | Club Membership |
| Luis E. Valencia | PO BOX 625 | Pebble Beach, CA 93953 | Club Membership |
| Lynette Fletcher | P.O.Box 222834 | Carmel, CA 93922 | Club Membership |
| Murray Hall and Debbie Filancia | 625 Charles St. | San Jose, CA 95112 | Club Membership |
| Malcolm and Deanna Cleary | P.O.Box 477 | Carmel Valley, CA 93924 | Club Membership |
| Marilyn Strandberg | 118 Las Brisas Dr | Monterey, CA 93940 | Club Membership |
| Mario and Tina Balestreri | 9505 York Road | Monterey, CA 93940 | Club Membership |
| Mario Jr. and Josephine Balestreri | 18435 Keepsake Ct. | Salinas, Ca 93908 | Club Membership |
| Marjorie and Vince Fiorenza | 225 Madera Ct. | Monterey,CA 93940 | Club Membership |
| Mark and Jo Ann Sklar | 7600 E. Doubletree Ranch Rd #3 | Scottsdale, AZ 85258 | Club Membership |
| Mark and Loretta Congress | 45 Roberta Drive | Woodside, CA 94062 | Club Membership |
| Mark and Janine Faylor | 18700 Ranchito Del Rio | Salinas, CA 93908 | Club Membership |
| Mark and Mary Jo Frederickson | 11560 Spur Rd. | Monterey, CA 93940 | Club Membership |
| Mark Scurich | 680 Aptos Ridge Circle | Watsonville, CA 95076 | Club Membership |
| Marty and Barbara Pluth | 407 Estancia Court | Monterey, CA 93940 | Club Membership |
| Mary Bigham | C/O Ruth Lackey | 21 West Laurel Drive Ste. 85 | Club Membership |
| Matthew and Carrie Olin | 25660 Shafter Way | Carmel, CA 93923 | Club Membership |
| Matthew and Frances Omlansky | 8568 N. Duncan Rd. | Linden, CA 95236 | Club Membership |
| Matthew and Kathleen Gibbs II | 391 Dry Creek Rd. | Monterey, CA 93940 | Club Membership |
| Maurice and Theresa Townsley | 411 Estrella d'Oro | Monterey, CA 93940 | Club Membership |
| Max A. Keech | 3970 Woodside Rd. | Woodside, CA 94062 | Club Membership |
| Michael and Elisabeth Tonti | 25750 Paseo del los Robles | Salinas, CA 93908 | Club Membership |
| Michael and Noreen Unsworth | Unit #4 | 2142 Argyle Avenue, Ste. 1000 | Club Membership |
| Michael and Renee Child | 35 Ridgeview Drive | Atherton CA 94027 | Club Membership |
| Michael S. and June Klein | 13155 Corte Diego | Salinas, CA 93908 | Club Membership |
| Mike and Alita Kavalauskas | 227 Madera Ct | Monterey, CA 93940 | Club Membership |

| Name | Address | City, State ZIP | Type |
|---|---|---|---|
| Mike and Barba Jashinksi | 208 Mirasol Way | Monterey, CA 93940- | Club Membership |
| Mike and Gina Aldrete | C/O Checks & Balances | 503 Seaport Ct. #103 | Club Membership |
| Mike and Karen Kamm | 25565 Paseo De Cumbre | Monterey CA 93940 | Club Membership |
| Mike and Lynne Bailey | 11600 Spur Road | Monterey, CA 93940 | Club Membership |
| Mike and Donna Lovas | 305 Pasadera Court | Monterey, CA 93940 | Club Membership |
| Mike and Sandy Storm | 406 Las Laderas | Monterey, CA 93940 | Club Membership |
| Mildred and Ivan Comelli | 825 Hillman Ct. | Morgan Hill, CA 95037 | Club Membership |
| Nader and Homeira Daliri | 12173 Saddle Rd. | Carmel Valley, CA 93924 | Club Membership |
| Nancy Borucki | 214 Mirasol Way | Monterey, CA 93940 | Club Membership |
| Neal and Sharon Smith | 218 Mirasol Way | Monterey, CA 93940 | Club Membership |
| Nilam and Sonal Patel | 304 Pasadera Drive | Monterey, CA 93940 | Club Membership |
| Nolan and Debi Kennedy | 200 Mirasol Way | Monterey, CA 93940 | Club Membership |
| Pamela J. Becking | 14045 Mountain Quail Road | Corral De Tierra, CA 93908-9351 | Club Membership |
| Patrick and Celeste Hejlik | 16 Haggin Oaks Ct. | Alamo, CA 94507 | Club Membership |
| Patrick and Virginia Costanzo | 4143 E. Meadowview Dr. | Gilbert, AZ 85297 | Club Membership |
| Paul Bruno | 114 Via del Milagro | Monterey, CA 93940 | Club Membership |
| Paul Majoulet | 1687 Via Campo Verde | San Jose 95120 | Club Membership |
| Paul and Susan Bianchi | 25850 Paseo de los Robles | Salinas, CA 93908 | Club Membership |
| Perry Silva | 335 El Dorado | Monterey, CA 93940 | Club Membership |
| Peter and Amy Funt | 3132 Spruance Rd. | Pebble Beach, CA 93953 | Club Membership |
| Peter and Amy Goodson | 25600 Boots Road | Monterey, CA 93940 | Club Membership |
| Peter D. and Charlene Boulais | 1035 Lost Barranca Road | Pebble Beach, CA 93953 | Club Membership |
| Peter M. and Elyse Cipolla | 7578 Paseo Vista | Monterey, CA 93940 | Club Membership |
| Peter T. Cook | 425 Waycliff Drive S | Wayzata, MN 55391 | Club Membership |
| Richard Pospisil | 410 Las Laderas Drive | Monterey, CA 93940 | Club Membership |
| Ralph and Mindy Busch | 150 San Benancio Road | Salinas, CA 93908 | Club Membership |
| Randall and Andrea Swanson | P.O. Box 1706 | Pebble Beach, CA 93953 | Club Membership |
| Randall and Audrey Barkan | 510 Lighthouse Ave Suite 7-C | Pacific Grove, CA 93950 | Club Membership |
| Randy and Becky Venard | 24632 Rimrock Canyon Rd. | Salinas, CA 93908 | Club Membership |
| Randall Mendoza | 26168 Legends Court | Salinas, CA 93908 | Club Membership |
| Randy Vosti | 224 Mirasol Way | Monterey, CA 93940 | Club Membership |
| Jerry Rawls | 164 Marvin Avenue | Los Altos CA 94022 | Club Membership |
| Ray and Ellen Evers | P.O.Box 484 | Pacific Grove, CA 93950 | Club Membership |
| Ray Waterman | 41 Arabian Way | Scotts Valley, CA 95066 | Club Membership |

| Name | Address | City, State ZIP | Type |
|---|---|---|---|
| Ren Nakashima | 6226 Crooked Stick Circle | Stockton, CA 95219 | Club Membership |
| Reno and Margie Cruz | 44292 So.El Macero Dr. | El Macero, CA 95618 | Club Membership |
| Richard and Bobbie Kelly | 12526 Antonio Place | Salinas, CA 93908 | Club Membership |
| Richard and Laurie Deponte | 10241 Whitetail Dr. | Oakdale, CA 95361 | Club Membership |
| Richard and Laurie Gerber | 89 San Benancio Rd. | Salinas, CA 93908 | Club Membership |
| Richard and Nancy Paulsen | 6280 Crooked Stick Circle | Stockton, CA 95219 | Club Membership |
| Richard and Eleanor Bravman | 6 Oak Meadow Lane | Carmel Valley, CA 93924 | Club Membership |
| Richard Bruhn | P.O. Box 81600 | Salinas, CA 93912 | Club Membership |
| Richard and Laura Ravalin | 11323 Saddle Road | Monterey, CA 93940 | Club Membership |
| Richard and Leslie Sugar | 75 Robley Road | Salinas, CA 93908 | Club Membership |
| Rob and Gabriel Mellor | 9962 Holt Road | Carmel, CA 93923 | Club Membership |
| Robert and Anne Pochowski | 817 Logan Court | Sunnyvale CA 94087 | Club Membership |
| Robert and Carole Felice | 214 Madera Ct | Monterey, CA 93940-7614 | Club Membership |
| Robert and Deborah Pender | 24130 Hillview Road | Los Altos Hills, CA 94024 | Club Membership |
| Robert and Demie Williams | 5800 Crooks Rd. | Troy, Michigan 48098 | Club Membership |
| Robert and Gloria Egan | P.O.Box 7314 | Carmel, CA 93921 | Club Membership |
| Robert and Louise MacKnight III | 5944 Jenny Lind Court | San Jose, CA 95120 | Club Membership |
| Robert Van Zile | 5012 Pacific Crest Drive | Seaside, CA 93955 | Club Membership |
| Robert and Elizabeth Sugar | 14500 Castlerock Road | Salinas, CA 93908 | Club Membership |
| Robert Kiesler | 112 Las Brisas Dr. | Monterey, CA 93940 | Club Membership |
| Robert and Rebecca Leidig | 107 El Torneo | Monterey, CA 93940 | Club Membership |
| Robert and Carol Rosenthal | 80 Corral De Tierra Terrace | Corral Tierra, CA 93908 | Club Membership |
| Robert and Demie Williams | 23865 Fairfield Place | Carmel, CA 93923 | Club Membership |
| Robin and Lindy Driscoll | 11683 Dawson Drive | Los Altos Hills, CA 94024 | Club Membership |
| Roderick and Nancy Steedman | 1530 Napoli Way | Colorado Springs, CO 80906 | Club Membership |
| Roger and Carolanne Manley | 118 Via del Milagro | Monterey, CA 93940 | Club Membership |
| Roger and Joanne Shiffman | 310 Pasadera Dr. | Monterey, CA 93940 | Club Membership |
| Roger and Kathleen Niva | 22902 Belvedere Pl. N.E. | Kingston, WA 98346 | Club Membership |
| Ron and Karen Davidowski | 922 Gloriatta Blvd. | Coronado, CA 95014 | Club Membership |
| Ron and Linda Borgman | 419 Estrella d'Oro | Monterey, CA 93940 | Club Membership |
| Ron and Monica Witherspoon | 19400 Pinnacle Ct. | Saratoga, CA 95070 | Club Membership |
| Ronni and Luis Alvarez | 106 Mirasol Court | Monterey, CA 93940 | Club Membership |
| Ross and Lauren Merrill | P.O. Box 7456 | Spreckels, CA 93962 | Club Membership |
| Russell Pratt | 112 Reed Ranch Road | Tiburon, CA 94920 | Club Membership |
| Stephen Smith and Teresa Rowland-Smith | 402 Mirador Court | Monterey, CA 93940 | Club Membership |

| Name | Address | City, State, Zip | Type |
|---|---|---|---|
| Sal and Kelli Cardinale | 23503 Belmont Circle | Salinas, CA 93908 | Club Membership |
| Sam and Marguerite Kobrinsky | 26100 Hawks Flight Road | Salinas, CA 93908 | Club Membership |
| Sandor and Josie Nagy | 218 Madera Court | Monterey, CA 93940 | Club Membership |
| Scott and Diane Green | 412 Estrella D'Oro | Monterey CA 93940 | Club Membership |
| Scott and Elizabeth Kantor | 25840 Hatton Road | Carmel, CA 93923 | Club Membership |
| Sharon Griffin | 23130 Guidotti Drive | Salinas, CA 93908 | Club Membership |
| Sherry Morse | 420 Las Laderas Drive | Monterey, CA 93940 | Club Membership |
| Sid and Mervil Dorr | 126 Via Del Milagro | Monterey, CA 93940 | Club Membership |
| Som and Kaumudini Pruthi | 202 Mirasol Way | Monterey, CA 93940 | Club Membership |
| James Somerville | P.O. Box 881630 | Steamboat Springs, CO 80488 | Club Membership |
| Stacey and Emil Cimoli | 310 E. Acacia St. | Salinas, CA 93901 | Club Membership |
| Stan and Valerie Braga | 25513 Paseo De Cumbre | Monterey, CA 93940 | Club Membership |
| Stanton and Sherry McKee | 27197 Prado del Sol | Carmel, CA 93923 | Club Membership |
| Stephen & Kathleen Evans-Correia | P.O. Box 933 | Lafayette, CA 94549 | Club Membership |
| Stephen Kim and Dee Dee Sheedy | 71 Via Los Altos | Tiburon, CA 94920 | Club Membership |
| Stephen and Diana Worthy | 910 La Terraza Court | Monterey, CA 93940 | Club Membership |
| Stephen and Kathleen McNichols | PO Box 10934 | Pleasanton, CA 94588 | Club Membership |
| Steve and Heidi Seely | PO Box 2776 | Carmel, CA 93921 | Club Membership |
| Steve and Lee Ann Hess | 1715 Centennial Club Dr. | Conway, AR 72034 | Club Membership |
| Steve and Pat McWethy | 610 Belavida Rd. | Monterey, CA 93940 | Club Membership |
| Steve and Hiroko Schroeder | 411 Mirador Court | Monterey, CA 93940 | Club Membership |
| Steven and Lois Tager | 13444 Debbie Lane | Saratoga, CA 95070 | Club Membership |
| Steven R and Eileen P Fate | 312 Pasadera Ct. | Monterey, CA 93940 | Club Membership |
| Stuart and Esther Chudnofsky | 72390 Silver Spur Lane | Rancho Mirage, CA 92270 | Club Membership |
| Stuart Paul | 25495 John Steinbeck Trail | Salinas, CA 93908 | Club Membership |
| Sylvana and Gerald Stratton | 25600 Whip Road | Monterey CA 93940 | Club Membership |
| Mark Tamagni and Ronald Elliott | 11250 Saddle Road | Monterey, CA 93940 | Club Membership |
| Tawnie Williams | 14305 Mountain Quail Road | Salinas CA 93908 | Club Membership |
| Terence Yallop | 409 Estrella D'oro | Monterey, CA 93940 | Club Membership |
| Terry and Rosalyn Trapp | 10751 El Camino Nuevo | Monterey, CA 93940 | Club Membership |
| Terry and Eva Boyce | 47 Pippins Way | Morristown, NJ 07960 | Club Membership |
| Terry Jackson | 7903 Carmel Valley Rd. | Carmel, CA 93923 | Club Membership |
| Theodore and Molly Lewis | 13260 Corte Lindo | Salinas, CA 93908 | Club Membership |
| Thomas and Addie Dusel | 304 Belladera Court | Monterey, CA 93940 | Club Membership |
| Thomas and Barbara O'Malley | 14654 Fieldstone Drive | Saratoga CA 95070 | Club Membership |
| Thomas and Martha Clarke | P.O. Box S-#3456 | Carmel, CA 93921 | Club Membership |

| Name | Address | City | Type |
|---|---|---|---|
| Thomas Goldsmith | 41 Ocean Pines Lane | Pebble Beach, CA 93953 | Club Membership |
| Thomas M and Sharon Maney | 552 Monhollan Rd. | Carmel, CA 93923-9459 | Club Membership |
| Thomas S. Worthington | 13510 Paseo Terrano | Salinas, CA 93901 | Club Membership |
| Ted Thorsted and Linda Campbell | 1366 Skyview Drive | Seaside, CA 93955 | Club Membership |
| Tim Bussey and Patricia Hanford | 15250 Via Pinto | Monte Sereno, CA 95030 | Club Membership |
| Tom Linden and Jane Ritchie | 1051 Rodeo Rd. | Pebble Beach, CA 93953 | Club Membership |
| Todd and Carolyn Tuomala | 399 Greenoaks Drive | Atherton 94027 | Club Membership |
| Todd Stevens and Jamie Loveland | 101 Via Del Milagro | Monterey, CA 93940 | Club Membership |
| Tom and Catherine Cardinale | 409 Oso d'Oro Court | Monterey, CA 93940 | Club Membership |
| Tom and Joan Maher | 408 Estrella D'Oro | Monterey, CA 93940 | Club Membership |
| Tom and Virginia Merschel | 1 Toyon Way | Carmel Valley, CA 93924 | Club Membership |
| Tom Jamison | 102 Las Brisas Dr. | Monterey, CA 93940 | Club Membership |
| Tony and Rita Pruthi | 403 Estrella d'Oro | Monterey, CA 93940 | Club Membership |
| Robert and Paulette Trompetto | 204 Mirasol Way | Monterey, CA 93940 | Club Membership |
| Valentia and Bob Piccinini | P.O. Box 373 | Pebble Beach, CA 93953 | Club Membership |
| Willem Van Der Linden and Antonia Krol | 409 Mirador Ct. | Monterey, CA 93940 | Club Membership |
| Diego Veitia and Marsha Hitchcock | P O Box 1046 | Winter Park, FL 32790 | Club Membership |
| Vince Cardinale | 499 Alvarado St. | Monterey CA 93940 | Club Membership |
| Vivek Pendharkar | 25955 La Loma Drive | Los Altos Hills, CA 94022 | Club Membership |
| Volker and Desiree Sammet | 212 Elva Dr. | Aptos, CA 95003 | Club Membership |
| John and Linda Hall | 10641 Hidden Mesa Place | Monterey, CA 93940 | Club Membership |
| Wallace and Kate Baker | P O Box 4248 | Redding, CA 96099-4248 | Club Membership |
| Wayne McClay | West Pender St. 401-905 | Vancouver, BC Canada V6C1L1 | Club Membership |
| Wellington Henderson | 2300 Broadway | San Francisco CA 94115 | Club Membership |
| Willard and Lori Wong | 12322 Maravilla Dr. | Salinas, CA 93908 | Club Membership |
| William and Celeste Falor | 800 Via Mirada | Monterey CA 93940 | Club Membership |
| William and Karin Hill | 116 Via Del Milagro | Monterey, CA 93940 | Club Membership |
| William and Krisanta Silva | 5105 Peninsula Point Court | Seaside, CA 93955 | Club Membership |
| William and Mary Deakyne | P.O. Box 1841 | Pebble Beach, CA 93953 | Club Membership |
| William and Lynda Berg | 131 San Benancio Road | Corral de Tierra, CA 93908 | Club Membership |
| William and Paula Olson | 414 Mirador Court | Monterey, CA 93940 | Club Membership |
| William and Yumi Deakyne | 5130 Ocean Bluff Court | Seaside, CA 93955 | Club Membership |
| William E. Flaherty | 315 Chapel Hill Road | Palm Beach, FL 33480 | Club Membership |
| William Yakobovich | P. O. Box 1745 | Carmel CA 93921 | Club Membership |
| Woodworth and Clum | P.O. Box 221220 | Carmel CA 93922-1220 | Club Membership |

| Wylie and Ursula Scott | 409 Estancia Court | Monterey, CA 93940 | Club Membership |
| Yasuhiko and Atsuko Shimazaki | 8-1-7 Todoroki | Tokyo, Japan 158-0082 | Club Membership |
| Yoon Su and Jay Kwak | 100 Las Brisas | Monterey, CA 93940 | Club Membership |